1  Robert A. Sacks (SBN 150146)
   sacksr@sullcrom.com
2  Brian R. England (SBN 211335)
   englandb@sullcrom.com
3  Edward E. Johnson (SBN 241065)
   johnsonee@sullcrom.com
4  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
5  Los Angeles, California 90067-1725
   Tel.:   (310) 712-6600
6  Fax:   (310) 712-8800

7  Richard A. Gaffin (*Pro Hac Vice* Application Pending)
   gaffin@millercanfield.com
8  A. Michael Palizzi  (*Pro Hac Vice* Application Pending)
   palizzi@millercanfield.com
9  Kristen I. Spano (*Pro Hac Vice* Application Pending)
   spano@millercanfield.com
10 MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
   150 West Jefferson, Suite 2500
11 Detroit, MI 48226
   Tel.:   (313) 963-6420
12 Fax:   (408) 496-7500

13 *Attorneys for Plaintiffs j2 Global
   Communications, Inc., and Call*
14 *Sciences, Inc.*

15

16                    **UNITED STATES DISTRICT COURT**

17              **CENTRAL DISTRICT OF CALIFORNIA**

18  j2 GLOBAL                          Case No.
    COMMUNICATIONS, INC., A
19  DELAWARE CORPORATION               **COMPLAINT AND JURY**
    AND CALL SCIENCES, INC., A         **DEMAND**
20  DELAWARE CORPORATION,

21                    Plaintiff

22           v.

23  ZILKER VENTURES, LLC, A
    TEXAS LIMITED LIABILITY
24  COMPANY AND
    CHOOSEWHAT.COM, LLC, A
25  TEXAS LIMITED LIABILITY
    COMPANY,
26
27                    Defendants.

28

COMPLAINT

1　　　　　　Plaintiffs j2 Global Communications, Inc. and Call Sciences, Inc., for

2　their Complaint against Zilker Ventures, LLC and ChooseWhat.com, LLC, allege

3　on knowledge as to themselves and their conduct and upon information and belief

4　as to all other matters, as follows:

5　　　　　　　　　　　　　　　**PARTIES**

6　　　　　　1.　　Plaintiff j2 Global Communications, Inc. ("j2") is a Delaware

7　corporation having a principal place of business at 6922 Hollywood Blvd., 5th

8　Floor, Los Angeles, California 90028.

9　　　　　　2.　　Plaintiff Call Sciences, Inc. ("Call Sciences") is a Delaware

10　corporation having its principal place of business at 706 Green Bay Road, Suite 7,

11　Glencoe, Illinois 60022.  Call Science is a wholly owned subsidiary of j2.

12　　　　　　3.　　Defendant Zilker Ventures, LLC ("Zilker") is a Texas limited

13　liability company having a principal place of business at 401 Congress Ave., Suite

14　1540, Austin, Texas 78701.

15　　　　　　4.　　Defendant ChooseWhat.com, LLC ("ChooseWhat") is a Texas

16　limited liability company having a principal place of business at 401 Congress

17　Ave., Suite 1540, Austin, Texas 78701.

18　　　　　　5.　　Defendants Zilker and ChooseWhat have each acted as an agent

19　for the other and the acts herein complained of were committed within the scope of

20　such agency.  As such, Defendants are jointly and severally liable for the

21　commission of the unlawful activities alleged herein.

22　　　　　　　　　　**JURISDICTION AND VENUE**

23　　　　　　6.　　This is a civil action arising under the United States Trademark

24　Act of 1946, as amended, 15 U.S.C. § 1051, et seq. (hereinafter "the Lanham

25　Act"), the California Business and Professions Code and common law.

26　　　　　　7.　　This Court has original subject matter jurisdiction over this

27　action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1331 and 1338(b).  Further,

28

　　　　　　　　　　　　　　　1

1    this Court has original and exclusive jurisdiction over this matter pursuant to 28
2    U.S.C. § 1338(a) and supplemental jurisdiction over claims arising under state law
3    pursuant to 28 U.S.C. § 1367(a).

4           8.     This Court also has jurisdiction on the basis of the diversity of
5    citizenship of the parties.  28 U.S.C. §1332.  The amount in controversy, exclusive
6    of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars.

7           9.     This Court has personal jurisdiction over Defendant Zilker
8    because it has engaged in substantial business and/or has committed tortious and
9    infringing acts in this judicial district.

10         10.    This Court has personal jurisdiction over Defendant
11   ChooseWhat because it has engaged in substantial business and/or has committed
12   tortious and infringing acts within this judicial district.

13         11.    Venue is proper in the Central District of California pursuant to
14   28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to
15   Plaintiff's claims occurred in the Central District of California.

16                     **FACTUAL BACKGROUND**

17   **Plaintiffs' Business and the eFax® and Onebox® Trademarks**

18         12.    Plaintiff j2 is a leading provider of internet fax and messaging
19   services.  j2's internet faxing and messaging services are used by over twelve
20   million customers on six continents, in forty-five countries and in over thirty-three
21   hundred cities around the world.

22         13.    Since at least as early as 1989, j2 (and its predecessors-in–
23   interest) have continuously used the trademark eFax® to market and sell its
24   internet fax services throughout the United States and the world.  Since at least as
25   early as 2003, j2 and Call Science have been continuously using the trademark
26   Onebox® to market and sell outsourced, value-added telecommunications services,
27
28

SULLIVAN & CROMWELL LLP

1  including virtual PBX phone systems[1], find-me/follow-me services and other
2  voice, data, image, video and message transmission services throughout the United
3  States and the world.

4          14.    j2 and Call Sciences have devoted substantial time, effort and
5  resources to the development and extensive promotion of the eFax® and Onebox®
6  marks and the products and services offered there under.  As a result of Plaintiffs'
7  efforts, the public has come to recognize and rely upon the eFax® and Onebox®
8  marks as an indication of the high quality associated with Plaintiffs' internet faxing
9  and outsourced voice services.

10         15.    j2 is the owner of U.S. Trademark Registration No. 1,786,350
11  for the mark "E-FAX" for "electronic information receipt and distribution services,
12  electronic transmission services in the nature of a facsimile mail service, a
13  facsimile broadcasting service, a facsimile response bulletin board and a public
14  facsimile network," registered on the Supplemental Register since August 3, 1993.
15  A true and correct copy of the registration is attached as Exhibit A.

16         16.    j2 is also the owner of U.S. Trademark Application Serial No.
17  75/656,348 for registration of "E-FAX" on the Principal Register for "[e]lectronic
18  information receipt and distribution services, electronic transmission services in
19  the nature of a facsimile mail service, a facsimile broadcasting service, a facsimile
20  response bulletin board, and a public facsimile network."

21         17.    j2 is also the owner of U.S. Trademark Application Serial No.
22  76/524,244 for registration of "EFAX" on the Principal Register for "Electronic
23  transmission of facsimile communications and data; wireless facsimile mail
24  services; facsimile transmission and retrieval services; providing on-line electronic
25
26
27  _____
[1]     PBX or a "private branch exchange" is a telephone exchange that serves a
28  particular business or office, as opposed to one that a common carrier or telephone
company operates for many businesses or for the general public.

1  bulletin boards for transmission of messages among users concerning facsimile
2  responses."
3     18.   j2 is also the owner of a family of marks registered for internet
4  fax and related services that incorporate the mark eFax®, such as U.S. Trademark
5  Registration Nos. 2,682,802; 2,644,821; 2,541,937; 2,530,979; 2,728,333 for
6  "EFAX PLUS," "EFAX CORPORATE," "EFAX SEND," "EFAX
7  MESSENGER," and "EFAX FREE." Office.  True and correct copies of the
8  Registrations are attached as Exhibit B.
9     19.   Call Sciences is also the owner of U.S. Trademark Registration
10 Nos. 2,836,857 and 3,479,654 for "ONEBOX" and "ONEBOX CONNECTS THE
11 WORLD TO YOU" for "telecommunications services, namely, the transmission of
12 voice, data, images, video and messages over the Internet", registered on the
13 Principal Register since April 27, 2004 and August 8, 2008 respectively.  True and
14 correct copies of the Registrations are attached as Exhibit C.
15    20.   In addition to its own advertising efforts, Plaintiffs have been
16 the subject of many unsolicited stories in national and local publications such as
17 PC Magazine, Business Week, CNN Money Magazine, USAToday.com,
18 Computerworld and the San Francisco Chronicle, highlighting the quality and
19 popularity of eFax® internet faxing services and Onebox® outsourced voice
20 services, including the Onebox® virtual PBX service.
21    21.   As a result of Plaintiffs' long-term and widespread use of the
22 eFax® and Onebox® marks in the United States via the Internet, print, radio and
23 television advertising, and unsolicited media coverage, the eFax® and Onebox®
24 trademarks have reached a high degree of consumer recognition.
25 **Defendants' Unauthorized Use of eFax® and Onebox®**
26    22.   Defendants, acting in concert with each other, market and
27 promote the internet faxing and virtual PBX phone system services of Plaintiffs'
28 competitors.  Defendants have agreements with Plaintiffs' competitors pursuant to

-4-

1  which Plaintiffs' competitors pay Defendants "lead bounties" and "sales bonuses"

2  when Defendants' marketing and promotion efforts result in a customer purchasing

3  Plaintiffs' competitors' services.

4            23.     In order to increase the sales of Plaintiffs' competitors'

5  services, and consequently, increase Defendants' "lead bounties" and "sales

6  bonuses," Defendants engage in a number of activities that infringe Plaintiffs'

7  eFax® and Onebox® marks, and constitute false advertisement and unfair

8  competition.  For example, Defendants purchase and use, without authorization,

9  j2's eFax® trademark or confusingly similar variations thereof, as a "keyword"

10  through Internet keyword advertising programs including, but not limited to,

11  Google Adwords program.  As a result, when a consumer types in "EFAX," or a

12  similar variation such as "E FAX," as a search term on Google, the consumer is

13  confronted with advertisements from Defendants that purport to offer "unbiased"

14  information and reviews of various internet faxing services and promote the sale of

15  competing internet fax services.  A true and correct copy of Google search results

16  for "EFAX," "E Fax" and "E-Fax" on October 30, 2008 is attached as Exhibit D.

17            24.     Defendants also routinely use j2's eFax® trademark and

18  confusingly similar variations thereof, in the header and text of the resulting

19  sponsored links that appear when a consumer types in "EFAX" or a variation

20  thereof as a search term on an Internet search engine.  Examples of sponsored link

21  advertisements featuring "EFAX" of "E FAX" are attached as Exhibit D.

22  Consumers who click the links in such advertisements, in hopes of purchasing

23  eFax® services, are taken to websites such as faxcompare.com and

24  pbxcompare.com, which are operated by Defendants and instead purport to offer

25  "unbiased" information and reviews of various internet faxing services.  Exhibit E,

26  pages from faxcompare.com and pbxcompare.com.  Although Defendants'

27  websites faxcompare.com and pbxcompare.com claim to provide a "quality

28  unbiased resource," in fact they promote the services of Plaintiffs' competitors

-5-

1  pursuant to, upon information and belief, agreements with Plaintiffs' competitors.

2  Id.

3        25.    Defendants employ yet another tactic designed to boost sales of

4  Plaintiffs' competitors' services at j2 and Call Science's expense.  Specifically,

5  Defendants use their websites faxcompare.com and pbxcompare.com to post

6  purported "comparison reviews" of eFax®, Onebox® and competing internet

7  faxing and virtual PBX phone services.  These "comparison reviews" give the

8  consumer the false impression that they are unbiased, and fail to disclose that

9  Defendants are in fact paid by competing internet faxing services to market and

10  promote such services and to position Plaintiffs' competitors favorably on

11  Defendants' websites.   The reviews invariably rate internet faxing and virtual PBX

12  services provided by Plaintiffs' competitors who pay Defendants "lead bounties"

13  and "sales bonuses" higher than eFax® and Onebox® services.

14        26.    The websites owned and managed by Defendants often portray

15  false and misleading information about eFax® and Onebox® services, which is

16  intended to confuse consumers and persuade them to purchase competing services

17  instead of eFax® and Onebox® services.

18        27.    For example, the review of eFax® on faxcompare.com states

19  that eFax® "is one of the few carriers that charges extra for a toll free number."

20  Exhibit F, Review of eFax® on faxcompare.com.  This statement is false and/or

21  misleading.  The majority of the carriers reviewed on faxcompare.com that offer

22  toll free numbers charge extra start-up fees, per month or per page charges for toll

23  free numbers.

24        28.    In addition, the review of Onebox® on pbxcompare.com states

25  "[t]he only real problem with the plan is that you do not get a free trial.  The lack

26  of a free trial makes it hard to recommend a product.  Most PBX service providers

27  do provide you with a free trial period that allows you to try out their product.  We

28  would recommend that you only look at PBX service providers that give you a free

1 trial or a money back guarantee." Exhibit G, Review of Onebox® on
2 pbxcompare.com. The statement that Onebox® does not provide a free trial is,
3 false and/or misleading. Onebox® provides a free trial for its base plan that
4 includes four extensions. See Exhibit H. The review on pbxcompare.com is of a
5 ten-extension Onebox® plan which is more expensive than the base plan.

6        29.    Defendants also falsely state on faxcompare.com that eFax®
7 does not provide a free 30-day trial period. Defendants further claim that "eFax
8 sometimes offers a 30-day trial, but the only way to access it is by doing a search
9 for 'eFax Free Trial' in Google.'" Exhibit F, Review of eFax® on
10 faxcompare.com. This statement is also false and/or misleading. eFax® provides
11 a 30-day trial to consumers through all of its marketing tools including, but not
12 limited to internet search engines, affiliate programs, internet banners and radio
13 advertisements. See Exhibit I, advertisements for free 30-day eFax® trials. In
14 addition, consumers who access the free 30-day trial via internet search engines,
15 can do so by searching for terms other than "eFax Free Trial" and on several search
16 engines other than Google including, but not limited to Yahoo, Dogpile, AltaVista
17 and Lycos.

18        30.    Defendants' unauthorized use of j2's eFax® mark, and
19 confusingly similar variations thereof, as keywords and in the header of text of the
20 resulting sponsored links, is likely to confuse, mislead and deceive consumers as to
21 the source of the products available through the Defendants' websites. Moreover,
22 the false statements and purported "comparison reviews" provided by the
23 Defendants are likely to mislead consumers as to the quality and characteristics of
24 genuine eFax® and Onebox® services.

25        31.    Plaintiffs have not consented to, sponsored, endorsed or
26 approved of Defendants' use of the eFax® and Onebox® trademarks or any
27 variations thereof in connection with the promotion, marketing or sale of any
28 services.

32.     Defendants' actions are willful and reflect intent to confuse consumers and profit from the goodwill and consumer recognition associated with Plaintiffs' trademarks.

33.     In April, 2008, j2 contacted Defendants, informed them of Plaintiffs' valuable trademark rights and demanded that they cease all improper use of Plaintiffs' trademarks.

34.     On April 14, 2008, Defendant Zilker sent j2 a letter in which it offered to only use "'eFax' when referencing the j2 Global Communications 'eFax' brand," and to favorably place j2's brands on its homepage if j2 agreed to pay Defendants "lead bounties" and "sales bonuses" when Defendants' marketing and promotion efforts resulted in customers purchasing Plaintiffs' services. j2 refused Defendants' offer for such an arrangement. A copy of Zilker's April 14, 2008 Letter is attached as Exhibit J.

35.     On August 28, 2008, j2 sent a letter to Defendants demanding again that Defendants cease all use of the eFax® and Onebox® trademarks, raising concerns regarding Defendants' agreements with Plaintiffs' competitors and Defendants' misrepresentations that their websites offer unbiased "comparison reviews." A copy of j2's August 28, 2008 Letter is attached as Exhibit K.

36.     As of the date of this Complaint, Defendants continue to use the eFax® and Onebox® trademarks and confusingly similar variations thereof without Plaintiffs' authorization. Defendants' failure to comply with Plaintiffs' demands demonstrates a deliberate intent to continue wrongfully competing with Plaintiffs and willfully infringing Plaintiffs' rights in the eFax® and Onebox® trademarks.

37.     As of the date of this Complaint, Defendants' websites continue to misrepresent that they provide unbiased "comparison reviews," and fail to disclose that Defendants are paid by Plaintiffs' competitors to market and promote their services and to position Plaintiffs' competitors favorably on Defendants'

-8-

1  websites.  The reviews continue to rate internet faxing and virtual PBX services

2  provided by Plaintiffs' competitors who pay Defendants "lead bounties" and "sales

3  bonuses" higher than eFax® and Onebox® services.

4  ## Count I
## Trademark Infringement in Violation of the Lanham Act
5
## 15 U.S.C. § 1125(a)(1)(A)
6

7      38.    Plaintiffs incorporate by reference all previous allegations of

8  this Complaint as if specifically set forth herein.

9      39.    Defendants' activities described above constitute the knowing

10  use of an infringing mark constituting false designation of origin, false and

11  misleading description of fact, false and misleading representation of fact, false

12  advertising and unfair competition, all in violation of 15 U.S.C. §1125(a).

13      40.    Defendants unauthorized and repeated use of Plaintiffs' marks

14  in commerce to falsely represent, describe and/or designate the origin of the

15  products has caused confusion, mistake and/or deception as to the (a) affiliation,

16  connection or association of Defendants with Plaintiffs, and/or (b) origin,

17  sponsorship or approval of Defendants goods by Plaintiffs, in violation of § 43(a)

18  of the Lanham Act, 15 USC § 1125(a).

19      41.    Defendants were notified that their unlawful conduct

20  constituted trademark infringement.  The infringement by Defendants is therefore

21  deliberate, done for the purpose of confusing purchasers, and trading on the

22  goodwill associated with the Plaintiffs' trademarks, and involves such

23  circumstances that damages should be increased by three times actual damages, as

24  well as include an award for reasonable attorneys' fees and costs pursuant to 15

25  U.S.C. § 1117.

26

27

28

-9-

## Count II
## Unfair Competition/False or Misleading Advertising in Violation of the Lanham Act 15 U.S.C. § 1125(a)(1)(B)

42.     Plaintiffs incorporate by reference all previous allegations of this Complaint as if specifically set forth herein.

43.     Defendants have used, and are continuing to use Plaintiffs' trademarks in commercial advertising or promotion in interstate commerce.

44.     Defendants' use of Plaintiffs' trademarks in commercial advertising or promotion in interstate commerce "misrepresents the nature, characteristics, qualities or geographic origin" of Defendants' services as proscribed by 15 U.S.C. § 1125(a)(1)(B).

45.     Defendants' conduct has damaged, and continues to damage Plaintiffs' business, reputation and goodwill.

46.     Defendants' conduct will continue unless enjoined by this Court.

47.     Defendants were notified that their unlawful conduct constituted trademark infringement.  The infringement by Defendants is therefore deliberate, done for the purpose of confusing purchasers, and trading on the goodwill associated with Plaintiffs' trademarks, and involves such circumstances that damages should be increased by three times actual damages, as well as include an award for reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1117.

## Count III
## False Advertising under California Business and Professions Code §17500 et seq.

48.     Plaintiffs incorporate by reference all previous allegations of this Complaint as if specifically set forth herein.

49.     Defendants' actions described above and specifically, without limitation, Defendants' use of Plaintiffs' trademarks, and confusingly similar

-10-

variations thereof, in commerce to advertise, market and promote competing internet faxing and virtual PBX phone system services throughout the United States, including California; their use of misleading "comparison reviews"; their misrepresentations about the independent nature of their comparison website; and their misrepresentations regarding Plaintiffs' services constitute false advertising.

50.   By these actions, Defendants have engaged in false advertising in violation of the laws of the State of California, including Cal. Bus. & Prof. Code § 17500, et seq.

51.   As a direct and proximate result of Defendants' willful and intentional actions, Plaintiffs have and will continue to suffer irreparable damage, justifying injunctive and equitable relief.

### Count IV
### Unfair Competition under California Business and Professions Code §§ 17200 et seq.

52.   Plaintiffs incorporate by reference all previous allegations of this Complaint as if specifically set forth herein.

53.   Defendants' actions described above and specifically, without limitation, Defendants' use of Plaintiffs' trademarks, and confusingly similar variations thereof, in commerce to advertise, market and promote competing internet faxing and virtual PBX phone system services throughout the United States, including California; their use of misleading "comparison reviews"; their misrepresentations about the independent nature of their comparison website; and their misrepresentations regarding Plaintiffs' services constitute unfair competition.

54.   By these actions, Defendants have engaged in unfair competition in violation of the laws of the State of California, including Cal. Bus. & Prof. Code §§ 17200, et seq.

55.    As a direct and proximate result of Defendants' willful and intentional actions, Plaintiffs have and will continue to suffer irreparable damage, justifying injunctive and equitable relief.

**Count V**
**Common Law Unfair Competition and Trademark Infringement**

56.    Plaintiffs incorporate by reference all previous allegations of this Complaint as if specifically set forth herein.

57.    Plaintiffs own and enjoy exclusive common law rights in the eFax® and Onebox® trademarks.

58.    Defendants' actions described above and specifically, without limitation, Defendants' use of Plaintiffs' trademarks, and confusingly similar variations thereof, in commerce to advertise, market and promote competing internet faxing and virtual PBX phone system services throughout the United States including California; their use of misleading "comparison reviews"; their misrepresentations about the independent nature of their comparison website; and their misrepresentations regarding Plaintiffs' services constitutes unfair competition and infringement of Plaintiffs' common law trademark rights within the state of California in violation of California  law.

59.    As a direct and proximate result of Defendants' willful and intentional actions, Plaintiffs have suffered damages in an amount to be determined at trial and, unless Defendants are restrained, Plaintiffs will continue to suffer irreparable damage.

60.    Plaintiffs are entitled to recover actual damages, costs and attorneys fees as well as equitable relief in the form of an injunction.

SULLIVAN & CROMWELL LLP

## Count VI
## Accounting

61.    Plaintiffs incorporate by reference all previous allegations of this Complaint as if specifically set forth herein.

62.    This Court has the general equitable powers to compel Defendants to render an accounting to Plaintiffs for all profits unlawfully gained by Defendants' trademark infringement and other actions related thereto.

63.    Without an accounting, Plaintiffs cannot determine the amount of profits gained by Defendants through their unlawful use of Plaintiffs' marks, how it was spent or used and how it may best be recovered.

64.    WHEREFORE Plaintiffs pray that this Court order an accounting.

## Prayer for Relief

WHEREFORE, Plaintiffs pray for:

1.    A determination that Defendants have infringed Plaintiffs' trademarks under the Lanham Act and California and common law;

2.    A determination that Defendants have violated Cal. Bus. & Prof. Code §§ 17200 and 17500, et seq.;

3.    Issuance of preliminary and permanent injunctions, pursuant to 15 U.S.C. § 1116 and other applicable laws, enjoining and restraining Defendants, their officers, agents, servants, employees and attorneys and all persons in privity or active concert with them from continued and further direct infringement or inducing or contributing to infringement, of Plaintiffs' trademark rights;

4.    Compensatory damages, pursuant to 15 U.S.C. § 1117(a), in a sum to be determined at trial;

5.    An accounting by Defendants for profits and damages resulting from its respective infringing activities;

6. A determination that Defendants' conduct is "exceptional" within the meaning of 15 USC § 1117(a);

7. Damages increased to the maximum of three times the compensatory damages, pursuant to 15 U.S.C. § 1117(a), due to the willful and deliberate nature of the infringement;

8. An order directing Defendants to account and pay over to Plaintiffs all gains, profits and advantages derived from said acts pursuant to 15 USC § 1117;

9. An order directing Defendants to pay Plaintiffs for corrective advertising;

10. An order that all goods violating Plaintiffs' statutory or common law rights, whether based on state or federal law, be delivered up for destruction;

11. An order directing Defendants to file with this Court and serve on Plaintiffs, within 30 days after service of the injunction, a report in writing under oath setting forth in detail the manner and form in which Defendant have complied with the injunction;

12. Costs of the suit together with reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a);

13. Interest on the award, costs, fees and other charges to the maximum extent permissible, including prejudgment interest as allowed;

14. Such other and further relief as the Court may deem just, fair and equitable.

Dated:  November 12, 2008          Respectfully submitted,


Robert A. Sacks / EEJ

Robert A. Sacks (SBN 150146)
Brian R. England (SBN 211335)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
(310) 712-6600
(310) 712-8800 facsimile


Richard A. Gaffin (P31406)
A. Michael Palizzi (P47262)
Kristen I. Spano (P603670)
MILLER, CANFIELD, PADDOCK
 AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, MI  48226
(313) 963-6420
(408) 496-7500 facsimile

*Attorneys for Plaintiffs j2 Global
Communications, Inc., and Call
Sciences, Inc.*

SULLIVAN & CROMWELL LLP

COMPLAINT

## DEMAND FOR JURY TRIAL

Plaintiffs j2 Global Communications, Inc. and Call Sciences, Inc. hereby demand a trial by jury for all issues so triable.

Dated:  November 12, 2008

Respectfully submitted,

Robert A. Sacks / EEJ
_____
Robert A. Sacks (SBN 150146)
Brian R. England (SBN 211335)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
(310) 712-6600
(310) 712-8800 facsimile

Richard A. Gaffin (P31406)
A. Michael Palizzi (P47262)
Kristen I. Spano (P603670)
MILLER, CANFIELD, PADDOCK
  AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, MI  48226
(313) 963-6420
(408) 496-7500 facsimile

*Attorneys for Plaintiffs j2 Global Communications, Inc., and Call Sciences, Inc.*

DELIB:3021736.1\114433-00002

-16-

**Exhibit A**

Int. Cl.: 38

Prior U.S. Cl.: 104

## United States Patent and Trademark Office

Reg. No. 1,786,350
Registered Aug. 3, 1993

## SERVICE MARK
### SUPPLEMENTAL REGISTER

### E-FAX

E-FAX COMMUNICATIONS, INC. (CALIFOR-
NIA CORPORATION)
1611 TELEGRAPH AVENUE
SUITE 901
OAKLAND, CA 94612

FOR: ELECTRONIC INFORMATION RE-
CEIPT AND DISTRIBUTION SERVICES, ELEC-
TRONIC TRANSMISSION SERVICES IN THE
NATURE OF A FACSIMILE MAIL SERVICE, A
FACSIMILE BROADCASTING SERVICE, A
FACSIMILE RESPONSE BULLETIN BOARD,
AND A PUBLIC FACSIMILE NETWORK, IN
CLASS 38 (U.S. CL. 104).

FIRST USE 4-0-1989; IN COMMERCE
4-0-1989.

SER. NO. 74-293,691, FILED P.R. 7-13-1992;
AM. S.R. 4-23-1993.

LORI SCHULMAN, EXAMINING ATTORNEY

EXHIBIT A PAGE 17

**Exhibit B**

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

**United States Patent and Trademark Office**

Reg. No. 2,682,802
Registered Feb. 4, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

### EFAX PLUS

EFAX.COM, INC. (DELAWARE CORPORATION)
6922 HOLLYWOOD BOULEVARD
HOLLYWOOD, CA 90028

FOR: COMMUNICATIONS SERVICES, NAMELY TRANSMISSION OF FACSIMILES AND OTHER ELECTRONIC FILES OVER A GLOBAL COMPUTER INFORMATION NETWORK, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 6-0-1999; IN COMMERCE 6-0-1999.

OWNER OF U.S. REG. NOS. 1,786,350, 2,530,978, AND 2,530,979.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EFAX", APART FROM THE MARK AS SHOWN.

SER. NO. 76-325,864, FILED 10-11-2001.

AMY LOHR, EXAMINING ATTORNEY

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

## United States Patent and Trademark Office

Reg. No. 2,644,821
Registered Oct. 29, 2002

## SERVICE MARK
### SUPPLEMENTAL REGISTER

## EFAX CORPORATE

EFAX.COM, INC. (DELAWARE CORPORATION)
6922 HOLLYWOOD BOULEVARD
HOLLYWOOD, CA 90028

    FOR: COMMUNICATIONS SERVICES, NAMELY TRANSMISSION OF FACSIMILES AND OTHER ELECTRONIC FILES OVER A GLOBAL COMPUTER INFORMATION NETWORK, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

    FIRST USE 8-0-2000; IN COMMERCE 8-0-2000.

    OWNER OF U.S. REG. NOS. 1,786,350, 2,530,978, AND 2,530,979.

    NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EFAX", APART FROM THE MARK AS SHOWN.

    SER. NO. 76-325,865, FILED P.R. 10-11-2001; AM. S.R. 8-8-2002.

AMY LOHR, EXAMINING ATTORNEY

EXHIBIT  B  PAGE  19

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

United States Patent and Trademark Office

Reg. No. 2,541,937
Registered Feb. 19, 2002

## SERVICE MARK
### SUPPLEMENTAL REGISTER

# EFAX SEND

EFAX.COM, INC. (DELAWARE CORPORATION)
1378 WILLOW ROAD
MENLO PARK, CA 94025

FOR: COMMUNICATIONS SERVICES, NAMELY TRANSMISSION OF FACSIMILES AND OTHER ELECTRONIC FILES OVER A GLOBAL COMPUTER INFORMATION NETWORK, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 6-27-1999; IN COMMERCE 6-27-1999.

OWNER OF U.S. REG. NO. 1,786,350.

SER. NO. 76-091,549, FILED P.R. 7-17-2000; AM. S.R. 7-20-2001.

GRETTA YAO, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,530,979
Registered Jan. 15, 2002

### TRADEMARK
### SUPPLEMENTAL REGISTER

## EFAX MESSENGER

EFAX.COM, INC. (DELAWARE CORPORATION)
1378 WILLOW ROAD
MENLO PARK., CA 94025

FOR: DOWNLOADABLE COMPUTER SOFT-WARE FOR USE IN FACILITATING ELECTRONIC COMMUNICATIONS, NAMELY TRANSMISSION OF DOCUMENTS, AUDIO TEXT AND/OR IMAGES VIA EMAIL, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-6-1999; IN COMMERCE 10-6-1999.

OWNER OF U.S. REG. NO. 1,786,350.

SER. NO. 76-091,148, FILED P.R. 7-17-2000; AM. S.R. 8-6-2001.

DEIRDRE GILLIS, EXAMINING ATTORNEY

**Int. Cl.: 38**

**Prior U.S. Cls.: 100, 101, and 104**

**United States Patent and Trademark Office**

Reg. No. 2,728,333

Registered June 17, 2003

## SERVICE MARK
### SUPPLEMENTAL REGISTER

### EFAX FREE

EFAX.COM, INC. (DELAWARE CORPORATION)
6922 HOLLYWOOD BOULEVARD
HOLLYWOOD, CA 90028

FOR: COMMUNICATIONS SERVICES, NAMELY TRANSMISSION OF FACSIMILES AND OTHER ELECTRONIC FILES OVER A GLOBAL COMPUTER INFORMATION NETWORK, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 2-0-1999; IN COMMERCE 2-0-1999.

OWNER OF U.S. REG. NOS. 1,786,350, 2,530,978, AND 2,530,979.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EFAX", APART FROM THE MARK AS SHOWN.

SER. NO. 76-325,866, FILED P.R. 10-11-2001; AM. S.R. 8-8-2002.

G. MAYERSCHOFF, EXAMINING ATTORNEY

R   22

**Exhibit C**

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

## United States Patent and Trademark Office

**Reg. No. 2,836,857**
Registered Apr. 27, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## ONEBOX

CALL SCIENCES, INC. (DELAWARE CORPORA-
TION)
379 THORNALL STREET
11TH FLOOR
EDISON, NJ 08837

FOR: TELECOMMUNICATIONS SERVICES,
NAMELY, THE TRANSMISSION OF VOICE, DATA,
IMAGES, VIDEO AND MESSAGES OVER THE

INTERNET, IN CLASS 38 (U.S. CLS. 100, 101 AND
104).

FIRST USE 2-6-2003; IN COMMERCE 2-6-2003.

SN 76-233,597, FILED 3-30-2001.

DAWN FELDMAN, EXAMINING ATTORNEY

EXHIBIT _C_ PAGE _23_

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

**Reg. No. 3,479,654**

## United States Patent and Trademark Office

Registered Aug. 5, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

Onebox connects the world
to you.

CALL SCIENCES, INC. (DELAWARE CORPORA-
TION)
706 GREEN BAY ROAD, SUITE 7
GLENCOE, IL 60022

FOR: TELECOMMUNICATION SERVICES,
NAMELY, THE TRANSMISSION OF VOICE, DATA,
IMAGES, VIDEO AND MESSAGES OVER THE
INTERNET, IN CLASS 38 (U.S. CLS. 100, 101 AND
104).

FIRST USE 4-11-2007; IN COMMERCE 4-11-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,836,857.

SER. NO. 77-323,760, FILED 11-7-2007.

LINDA M. KING, EXAMINING ATTORNEY

EXHIBIT __C__ PAGE __24__

**Exhibit D**

EFAX - Google Search

**Web**  Images  Maps  News  Shopping  Gmail  **more ▼**                                    Sign in

 EFAX          [ Search ]   Advanced Search
                                                Preferences

**Web**                          Results 1 - 10 of about **1,220,000** for **EFAX**. (0.15 seconds)

eFax® Official Site                          Sponsored Links            Sponsored Links
www.**eFax**.com    Send & receive faxes by email. No machine or
phone line needed.                                           30 Days of Free Faxing
                                                             Send & Receive faxes through email.
Rated #1 Internet Fax                                        Toll Free & Local #s. Free trial.
www.MyFax.com/best_internet_fax.   MyFax receives 2008       www.Send2Fax.com
Gold Award from TopTenREVIEWS! Free 30-day trial
                                                             Send Free efaxes by Email
Fax.com - Free Trial                                         Free Fax delivered to your email
www.Fax.com    Send/Receive faxes free for 30 days View     Dedicated Toll Free Line, No Charge
available fax numbers today.                                 TrustFax.com/Send-Online-Fax-Today!

**eFax** - Internet Fax to Email Services                   Email Fax - Free Trial
                                                             Send & Receice 300 pages/month
                                                             Get All offers & 30-Days FREE Trial
                                                             www.RapidFax.com

                                                             Compare E Fax Services
                                                             View a Comparison Chart of all
                                                             E Fax Services and Sign Up for One.
                                                             www.Fax-Compare.com

                                                             Own Your Own FAX 800# Or
                                                             They can raise rates on you. Ring
                                                             to any Fax# 2.7cents 800-936-2006
                                                             www.800telecom.com

                                                             FREE My fax Trial
                                                             Get Toll Free Number at No Cost
                                                             My Fax Free Trials and Coupons
                                                             FaxForFreeNow.com

                                                             $1.95 mo Toll Free Fax
                                                             Send & Receive your faxes Today
                                                             Pay only for what you use
                                                             www.e-faxing.us

                                                             Fax Using Your Email
                                                             Send & receive faxes anywhere only
                                                             $10 mo including a toll free number
                                                             NewFaxMachine.com

                                                             More Sponsored Links »

Use **eFax** to send and receive faxes directly from your computer. No paper, no ink
cartridges, no hassle. Check out our affordable monthly packages.
www.**efax**.com/ - 44k - Cached - Similar pages

Download Messenger          Choose Your eFax Number Location
Contact Us                  Radio Promotions
Free Fax                    Enterprise
Sign Up                     United States

More results from efax.com »

EFAX - Google Search

Free Online Fax Service from **eFax**
Receive free faxes online with **eFax** Free. Learn more at **eFax**.com.
www.**efax**.com/efax-free - 61k - Cached - Similar pages

Introduction
**efax** is a small ANSI C/POSIX program that sends and receives faxes using any ... As one
user put it ``**EFAX** is a nice simple program for single user systems. ...
www.cce.com/**efax**/ - 5k - Cached - Similar pages

Compare E Fax Services | **eFax** | MyFax | RingCentral | FaxCompare
FaxCompare provides an 'apples to apples' comparison of the e fax service providers &
helps you select the one that best fits your needs.
www.faxcompare.com/ - 33k - Cached - Similar pages

**eFax** Global Affiliate Program
**eFax** is the global leader in email fax services for individuals and businesses. **eFax** offers
fax numbers in over 2000 cities around the world to send and ...
home.**efax**.com/s/r/**efax**-affiliate - 23k - Cached - Similar pages

Start Faxing by Email. **eFax** Plus Free Trial.
**eFax** Free trial. **eFax** is the leader in Internet Faxing. Get a fax number and receive faxes
via email. Sending faxes is just as easy.
home.**efax**.com/s/r/gen-**efax**-plus5 - 29k - Cached - Similar pages

TidBITS : Replacing **eFax** with MaxEmail
Apr 4, 2005 ... Long ago, we solved this problem by signing up for an **eFax** Free ... Because
the account was free, it also meant that **eFax** could (and did, ...
db.tidbits.com/getbits.acgi?tbart=08049 - 37k - Cached - Similar pages

**eFax** Corporate | Digital Faxing Solution for Businesses
**eFax** Corporate is the world leader in digital faxing for businesses. Route faxes securely to
your Outlook or any other email inbox.
www.**efax**corporate.com/ - 42k - Cached - Similar pages

FAX4FREE - Fax Services
**eFax** fax services. Free trial. **eFax** is the leader in Internet Faxing. Get a fax number and fax
via email.
www.fax4free.com/ - 10k - Cached - Similar pages

OpenBox Service: **eFax** - Access, store, and share files with Box.net
Send with **eFax** : Communication for Documents (pdf, doc, xls, tif, tiff, rtf, txt , ... hwo **efax**
charge for faxes? Rebecca Johnson said at 18:19, Aug 22, 2008 ...
www.box.net/services/**efax** - 20k - Cached - Similar pages

Searches related to: **EFAX**

| | | | |
|---|---|---|---|
| efax **review** | efax **linux** | efax **trial** | j2 efax |
| efax **ubuntu** | efax **uk** | efax **alternatives** | efax **solutions** |

1 2 3 4 5 6 7 8 9 10     **Next**

EFAX

Search

EXHIBIT **D**  PAGE **26**

EFAX - Google Search                                    Page 3 of 3

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve |
Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

EXHIBIT  D  PAGE  27

E-FAX - Google Search

**Web**  Images  Maps  News  Shopping  Gmail  more ▼

Sign in

 E-FAX

Search  Advanced Search
Preferences

**Web**

Results 1 - **10** of about **3,950,000** for **E-FAX**. (0.06 seconds)

eFax® Official Site
www.**eFax**.com   Send & receive faxes by email. No machine or
phone line needed.

MyFax rated #1 Online Fax
www.MyFax.com/free_trial   Find out for yourself why MyFax
won #1 by Top10Reviews vs. 13 others...

Unlimited Web Fax - $3.95
www.Packetel.com   Receive Online Faxes in PDF or TIF. No
Setup - Start Receiving Now!

**eFax** - Internet Fax to Email Services

Sponsored Links

Sponsored Links

Fax through the web
No software, downloads or
dedicated line...just Fax.com.
www.Fax.com

Fax Free 300 Pages/Month
Instant Activation. No Setup Fee.
Toll Free/Local Number. Free Trial!
www.RingCentral.com

Email Fax Service
Get Toll-Free Personal Fax Number.
Start Faxing Today.
www.send2fax.com

Choose an **E Fax** Service
Read Honest Reviews to Learn about
All of the Top **E Fax** Providers.
www.Fax-Compare.com

Fax 300 pages for $6.67/m
Receive and send faxes via Internet
Toll Free/Local number. Free Trial!
www.Extreme**Fax**.com

Send Free Online Fax
Send / Receive Free **e Fax** as Email
Toll Free Number, Free **e Fax** Trial
TrustFax.com/Send-Your-Fax-For-Free

Fax Electronically
Reliably send, receive and manage
faxes using your existing IT system
www.venali.com

Email Fax
Send & Receive Faxes by Email
Faxes from Website. $9.95/Month
www.RapidFax.com

More Sponsored Links »

Use **eFax** to send and receive faxes directly from your computer. No paper, no ink
cartridges, no hassle. Check out our affordable monthly packages.
www.**efax**.com/ - 44k - Cached - Similar pages

Download Messenger      Choose Your eFax Number Location
Contact Us               Radio Promotions
Free Fax                  Enterprise
Sign Up                   United States

More results from efax.com »

EXHIBIT  D  PAGE 28

E-FAX - Google Search

### Free Online Fax Service from eFax
Receive free faxes online with **eFax** Free. Learn more at **eFax**.com.
www.**efax**.com/**efax**-free - 61k - Cached - Similar pages

### Introduction
**efax** is a small ANSI C/POSIX program that sends and receives faxes using any ... As one
user put it ``**EFAX** is a nice simple program for single user systems. ...
www.cce.com/**efax**/ - 5k - Cached - Similar pages

### Compare E Fax Services | eFax | MyFax | RingCentral | FaxCompare
FaxCompare provides an 'apples to apples' comparison of the **e fax** service providers &
helps you select the one that best fits your needs.
www.faxcompare.com/ - 33k - Cached - Similar pages

### Start Faxing by Email. eFax Plus Free Trial.
**eFax** Free trial. **eFax** is the leader in Internet Faxing. Get a fax number and receive faxes
via email. Sending faxes is just as easy.
home.**efax**.com/s/r/gen-**efax**-plus5 - 29k - Cached - Similar pages

### FAX4FREE - Fax Services
**eFax** fax services. Free trial. **eFax** is the leader in Internet Faxing. Get a fax number and fax
via email.
www.fax4free.com/ - 10k - Cached - Similar pages

### TidBITS : Replacing eFax with MaxEmail
Apr 4, 2005 ... Long ago, we solved this problem by signing up for an **eFax** Free ... Because
the account was free, it also meant that **eFax** could (and did, ...
db.tidbits.com/getbits.acgi?tbart=08049 - 37k - Cached - Similar pages

### eFax Corporate | Digital Faxing Solution for Businesses
**eFax** Corporate is the world leader in digital faxing for businesses. Route faxes securely to
your Outlook or any other email inbox.
www.**efax**corporate.com/ - 42k - Cached - Similar pages

### efax-gtk
**Efax**-gtk is a GUI front end for the '**efax**' fax program. ... The source code for the most
recent stable version is **efax**-gtk-3.0.17 ...
**efax**-gtk.sourceforge.net/ - 10k - Cached - Similar pages

### OpenBox Service: eFax - Access, store, and share files with Box.net
Send with **eFax** : Communication for Documents (pdf, doc, xls, tif, tiff, rtf, txt , ... hwo **efax**
charge for faxes? Rebecca Johnson said at 18:19, Aug 22, 2008 ...
www.box.net/services/**efax** - 20k - Cached - Similar pages

### Searches related to: E-FAX

**free fax**        **winfax**        **free efax**        **free e-fax**

1  2  3  4  5  6  7  8  9 10    **Next**

E-FAX    [ Search ]

E-FAX - Google Search

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

EXHIBIT __D__   PAGE 31

E FAX - Google Search                                                    Page 1 of 3

Web   Images   Maps   News   Shopping   Gmail   more ▼                    Sign in

 **Google**   E FAX          [ Search ]   Advanced Search
                                                            Preferences

**Web**                        Results **1** - **10** of about **174,000,000** for **E FAX**. (0.43 seconds)

eFax® Online Faxing              Sponsored Links        Sponsored Links
www.**eFax**.com   Leading provider of eFaxing. Send & receive
faxes by email!                                        **Fax** Free 300 Pages/Month
                                                       Instant Activation. No Setup Fee.
MyFax rated #1 Online **Fax**                          Toll Free/Local Number. Free Trial!
www.My**Fax**.com/free_trial   Find out for yourself why MyFax won   www.RingCentral.com
#1 by Top10Reviews vs. 13 others...
                                                       **Fax.com - Free Trial**
$3.95 Get **Fax** from email                           Send/Receive faxes free for 30 days
Packetel.com/Online_**Fax**_Service   Get **Fax** Services From   Sign-Up for **Fax**.com today.
Email Today. Unlimited Incoming **E Fax** Services!    www.**Fax**.com

e**Fax** - Internet **Fax** to Email Services          Email **Fax** Service
                                                       Get Toll-Free Personal **Fax** Number.
                                                       Start Faxing Today.
                                                       www.send2**fax**.com

                                                       **Fax** 300 pages for $6.67/m
                                                       Receive and send faxes via Internet
                                                       Toll Free/Local number. Free Trial!
                                                       www.Extreme**Fax**.com

                                                       Free e **Fax**
                                                       Send / Receive Free e **Fax** as Email
                                                       Toll Free Number, Free e **Fax** Trial
                                                       Trust**Fax**.com/e fax

                                                       Choose an **E Fax** Service
                                                       Read Honest Reviews to Learn about
                                                       All of the Top **E Fax** Providers.
                                                       www.**Fax**-Compare.com

                                                       Send Faxes Electronically
                                                       Easily send, receive & manage faxes
                                                       using email. Improve productivity.
                                                       www.venali.com

                                                       Email **Fax**
                                                       Send & Receive Faxes by Email
                                                       Faxes from Website. $9.95/Month
                                                       www.Rapid**Fax**.com
                                                            More Sponsored Links »

Use **eFax** to send and receive faxes directly from your computer. No paper, no ink
cartridges, no hassle. Check out our affordable monthly packages.
www.**efax**.com/ - 44k - Cached - Similar pages

Download Messenger        Choose Your eFax Number Location
Contact Us                Radio Promotions
Free **Fax**              Enterprise
Sign Up                   United States

More results from efax.com »

EXHIBIT   D   PAGE   31

Free Online **Fax** Service from **eFax**
Receive free faxes online with **eFax** Free. Learn more at **eFax**.com.
www.**efax**.com/**efax**-free - 61k - Cached - Similar pages

Compare **E Fax** Services | **eFax** | MyFax | RingCentral | FaxCompare
FaxCompare provides an 'apples to apples' comparison of the **e fax** service providers &
helps you select the one that best fits your needs.
www.faxcompare.com/ - 33k - Cached - Similar pages

Introduction
**efax** is smaller and easier to install than HylaFAX or mgetty+sendfax. As one user put it
``**EFAX** is a nice simple program for single user systems.'' ...
www.cce.com/**efax**/ - 5k - Cached - Similar pages

Start Faxing by Email. **eFax** Plus Free Trial.
**eFax** Free trial. **eFax** is the leader in Internet Faxing. Get a **fax** number and receive faxes
via email. Sending faxes is just as easy.
home.**efax**.com/s/r/gen-**efax**-plus5 - 29k - Cached - Similar pages

FAX4FREE - **Fax** Services
**eFax** fax services. Free trial. **eFax** is the leader in Internet Faxing. Get a **fax** number and
**fax** via email.
www.**fax**4free.com/ - 10k - Cached - Similar pages

**efax**-gtk
**Efax**-gtk is a GUI front end for the '**efax**' **fax** program. ... The source code for the most
recent stable version is **efax**-gtk-3.0.17 ...
**efax**-gtk.sourceforge.net/ - 10k - Cached - Similar pages

**eFax** Corporate | Digital Faxing Solution for Businesses
**eFax** Corporate is the world leader in digital faxing for businesses. Route faxes securely to
your Outlook or any other email inbox.
www.**efax**corporate.com/ - 42k - Cached - Similar pages

Debian -- Package Search Results -- **efax**
You have searched for packages that names contain **efax** in all suites, all sections, and all
architectures. Found 3 matching packages. ...
packages.debian.org/**efax** - 11k - Cached - Similar pages

TidBITS : Replacing **eFax** with MaxEmail
Apr 4, 2005 ... Long ago, we solved this problem by signing up for an **eFax** Free ... Because
the account was free, it also meant that **eFax** could (and did, ...
db.tidbits.com/getbits.acgi?tbart=08049 - 37k - Cached - Similar pages

Searches related to: **E FAX**

| | | | |
|---|---|---|---|
| internet fax | free fax | free efax | free email fax |
| fax software | computer fax | free e fax | e fax numbers |


1 2 3 4 5 6 7 8 9 10    **Next**

E FAX                          [ Search ]

EXHIBIT  1   PAGE  32

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve |
Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

EXHIBIT D  PAGE 3?

**Exhibit E**



## What is an internet fax?

Internet fax, also known as e-fax, email fax, online fax, and digital fax) utilizes an internet fax service provider to convert a facsimile transmission, into a digital file that can be received via email at a later venue. Internet fax services bridge the gap between the older fax technology, which is well established in today's business environment, and email technologies of today. In the simplest terms, when you sign up with an internet fax service, you will be assigned a dedicated fax phone number that will convert incoming faxes to email attachments that are automatically sent to your email address. The majority of these services also allow you to send attachments (like word processing, PDF's, or pictures) to various fax numbers that are received just as if you had sent them using a standard fax machine. Most internet fax services will send out your documents in a number of different file formats, such as TIFF or PDF files.

## Why use an internet fax service?

**Lower Cost** — Typically the monthly fee you pay an internet fax service is less than the cost of a dedicated phone line, and you



## eFax

**Plan Reviewed: eFax Plus**

**Cost**

- Responsive Customer Service
- Multiple plans including with local area codes
- Stores fax storage for 1 year with most plans

...

| Service Name | eFax Plus |
|---|---|
| Monthly Fee | $16.95 |
| Hidden Fees | No |
| Start Up Fee | $10.00 |
| 800 Number | No, but |
| 866, 877 or 888 Number | No, but |
| Free Trial Period | No, but |
| Free Incoming Pages | 130 |
| Free Outgoing Pages | 30 |
| Users in plan | 1 |
| Online fax storage | 1 year |
| Customer Support | 24/7 |
| Premium Upgrades | Yes |
| Corporate Packages | Yes |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.15 |
| Outgoing Overage Pages | $0.10 |

back to top

## GoFaxer

**Plan Reviewed: Home**

**Cost**

- No setup fee
- Multiple areas available
- Online storage up to a tab
- Combined pages in plan
- Reseller or wholesale contracts available

...

- Can only send faxes through the online interface, no fax send

| Service Name | Home |
|---|---|
| Monthly Fee | $9.95 |
| Hidden Fees | No |
| Start Up Fee | $0.00 |
| 800 Number | No |
| 866, 877 or 888 Number | Yes |
| Free Trial Period | 30 Days |
| Free Incoming Pages | 400 Total |
| Free Outgoing Pages | Combined |
| Users in plan | Unlimited |
| Online fax storage | Unlimited |







Compare E Fax Services ¡ eFax ¡ MyFax ¡ RingCentral ¡ FaxCompare

which is significantly more secure than having sensitive documents sit in a shared fax machine.

# What to look for in an internet fax service:

**Market Standard:** After reviewing plans with all the internet fax service providers on our list, FaxCompare.com came up with what we consider to be "market standard." Some providers have better pricing and some fall short. However, this is a pretty good yard stick with which to measure everyone.

- 30 day free trial
- No start up fee.
- $9.95 per month
- 300 total pages (incoming and outgoing combined).
- $0.10 per minute for overage pages.
- No Hidden Fees
- 24/7 Customer Service
- Send/Receive capabilities.

We do not recommend selecting an internet fax service based on brand name recognition. There are many reliable internet fax services with good customer service that are priced within FaxCompare.com's "market standard" criteria. Some well known carriers are charging what appears to be a 70% premium for brand recognition.

**Pages v. Minutes:** Some providers quote rates in minutes and other in pages. Those that quote rates in pages are assuming that it takes 1 minute or less to transmit 1 page. However, they all state that the actual time to transmit a page may vary.

# Why use FaxCompare.com?

FaxCompare.com was created as a result of our own frustration in choosing an internet fax service. We have spent over 30 man hours researching all the different internet fax services and organizing the data so you can make an "apples to apples" comparison of the different services and select a provider so you can get back to business. We are committed to providing a quality unbiased resource to individuals and small business owners that will save time and alleviate the frustration we went through in selecting an internet fax service provider for ourselves.

Privacy Policy | Site Map | Contact Us

© 2007 Zilker Ventures, LLC. FaxCompare.com. All rights reserved.

EXHIBIT __E__ PAGE **40**









## Why use an online PBX service?

**Lower Cost:** When comparing the cost of an online PBX service to a traditional PBX system that requires you buy hardware, it is easy to see which one is cheaper. The initial cost of a typical online PBX service is around $30. There is no hardware that needs to be purchased and you can use any phone, including cell phones, to receive calls through the system. You should instead be using several thousand dollars on a traditional phone system you plug in the first phone line. The hardware involved includes a central system and specific phones that work with the system, not expensive. In addition, a traditional PBX system will need to be physically installed and set up which will add extra costs.

**No Maintenance:** Online PBX services have a distinct advantage over that of standard PBX systems in that there is never any need for the user to do maintenance on equipment or update the service they have. When using an online PBX service, you can leave it to your service provider to update their system and keep it running. In addition, you have the freedom to add and remove extensions with just a few clicks, allowing you to have your online PBX service. Tied closely to the size of your business. If you use a standard PBX system, you get a piece of hardware that will require maintenance and will also provide a set selection of features. Also, because the service is dependent on a piece of hardware you have to deal with the limits of that hardware. In contrast the capabilities of a standard PBX service can have to pay more and more money or a upgrade to the hardware you currently own.

**Easier Management:** Managed by an online PBX service is relatively simple since service providers give easy access to a web management feature. Using the web management feature you can configure overall every aspect of your PBX system from one location with an internet connection. This web management tool is fairly intuitive, depending on the service provider, making it easy to change phone numbers associated with extensions, allowing you to access voicemail, change voice prompts, and also change any other characteristics of the PBX system. Managing a standard PBX service usually requires an IT professional as the PBX is there due, not have an easily accessible and easy understand interface.

**Greater Versatility:** An online PBX service allows the user to choose the number of extensions they want, along with the features they want, by placing over the various service properties. you can find a plan what fits your business and one that will grow with your business. A standard PBX system gives the user some of the same freedom once they can compare different providers and their features. Yet, once you make a specific piece of hardware, you are stuck with the capabilities or cannot get new features or anyone your PBX system, you will have to purchase additional hardware or buy new hardware.

**Sophisticated Tracking and Reporting:** Keeping track of ingoing and outgoing calls is easy with an online PBX service web management account. Online PBX services give you access to make call reports that are always up to date. It triggers you have web management account you can instantly view the number of calls made or received, etc, the calls were made by or who made the call, when each call started, and when each call ended. Keeping track of ingoing and outgoing travels is just a simple. All of your internet fares are tracked by your online PBX service. Using the web management account you can log in and see if each bar went through, why it went by, and how each it true to carry with a some PBX service. You never have to worry about ordering a text through or who call called you, because it is not easily check for the information online with your web management account.

## Why Use PBXCompare.com?

The site was created to help make it easier to choose an online PBX service provider. We found that a lot of companies with



## Hosted PBX Comparison

An "apples to apples" comparison of the top providers of hosted PBX systems.

### Onebox Review

Onebox: Corporate Plan

Plan Reviewed: Onebox Receptionist



DELIB:3030413.1\14433-00002
11/05/08

Compare Hosted PBX Services | Virtual PBX, RingCentral, GotVMail | PBXCompare.com

whether a fax went through or who just called you, because you can easily check for this information online with your web management account.

# Why Use PBXCompare.com?

This site was created to help make it easier to choose an online PBX service provider. We found that a lot of companies with online PBX services present the same information in very different ways or leave out information crucial to the prospective buyer. The lack of consistent and comparable information can make it hard to get a good idea of what an individual service is like, as well as making it more difficult to compare multiple services. We have taken the time to get all the information you would need to make an "apples to apples" comparison of the different online PBX services. We are determined to help you by providing an unbiased resource that presents the information you need in an easy-to-understand format.

**Exhibit F**

Internet Fax Service Review & Comparison

| Service Name | eFax Plus |
|---|---|
| Monthly Fee | **$16.95** |
| Hidden Fees | No |
| Start Up Fee | $10.00 |
| 800 Number | **No, but** |
| 866, 877 or 888 Number | **No, but** |
| Free Trial Period | **No, but** |
| Free Incoming Pages | 130 |
| Free Outgoing Pages | **30** |
| Users in plan | 5 |
| Online fax storage | 1 Year |
| Customer Support | 24/7 |
| Premium Upgrades | Yes |
| Corporate Packages | Yes |
| Send faxes by email | Yes |
| Incoming Overage Pages | $0.15 |
| Outgoing Overage Pages | $0.10 |

sign up now

## Plan Reviewed: eFax Plus

Pros

- Responsive Customer Service
- Multiple Users included with most accounts
- Online fax storage for 1 year with most plans

Cons

- $10.00 set up fee
- Higher prices than most providers in our survey
- Fewer in plan pages than most other providers
- If you get a toll free number you get no free pages included in your plan and you pay $0.20 per page for incoming and outgoing pages

Conclusion

eFax probably has the most subscribers of any internet fax service. However, at $16.95 per month, eFax service fees are 70% more than our "market standard". In addition, eFax Plus includes 130 pages/month for inbound faxes and 30 pages per month for outbound faxes, which is significantly below our "market standard". If you are interested in an eFax service plan because you like going with the largest brand in the industry, we recommend looking at some other J2 Global Communications brands like JConnect. eFax is also one of the few carriers that charges extra for a toll free number, but you would only know this by reading the fine print.
Complete eFax Review

* Not that it really matters but eFax is owned by J2 Global Communications along with Fax.com, Send2Fax, Jconnect and RapidFAX.

**back to top**

## GoFaxer

| Service Name | Home |
|---|---|
| Monthly Fee | $9.95 |
| Hidden Fees | No |
| Start Up Fee | $0.00 |
| 800 Number | No |

### Plan Reviewed: Home

Pros

- No setup fee
- Multiple Users available
- Online storage up to 1 GB

EXHIBIT __F__ PAGE __49__

**An "apples to apples" comparison of the top providers of internet fax services.**

FaxCompare.com was created to consolidate and organize information about the top providers of internet fax services so that you can make an "apples to apples" comparison of the different service providers and select the one that best fits your needs.

What is an internet fax?

## eFax Review

How do I choose?

Home

### Plan Reviewed: eFax Plus

Pros

**Vendor Reviews**

MyFax
- Responsive customer service
- Multiple users included with most accounts
- Online fax storage for 1 year with most plans

RingCentral

TrustFax

RapidFAX

Cons

MaxEmail

MetroFax
- $10.00 set up fee
- Higher prices than most providers in our survey
- Fewer in plan pages than most other providers
- If you get a toll free number you get no free pages included in your plan and you pay $0.20 per page for incoming and outgoing pages

eFax

GoFaxer

Packetel

Fax.com

Fax2Mail

Conclusion

FaxFreedom
At $16.95 per month, eFax service fees are 70% more than our "market standard". In addition, eFax Plus includes 130 pages/month for inbound faxes and 30 pages per month for outbound faxes, which is significantly below our "market standard". It's important to note that telephone customer service isn't available to customers that have trial and basic accounts. If you have a trial or basic account, email is the best method to get account support. Sending a fax with eFax also took much longer than with other fax services in our survey.

Send2Fax

ClickFax.com

AirComUSA.com

GreenFax.com

SmartFax.com

ExtremeFax.com
eFax probably has the most subscribers of any internet fax service. If you are interested in an eFax service plan because you like going with the largest brand in the industry, we recommend looking at some other J2 Global Communications brands like JConnect. You will get the same customer service as with an eFax service plan but much better pricing. eFax is also one of the few carriers that charges extra for a toll free number, but you would only know this by reading the fine print.

OneFax

Jconnect.com

101Fax

Callwave

SimplifyFax

FaxAge

sign up now

FaxSer

SaveOnFaxes

## User Feedback

PayPerFax

FaxMicro

★ ★ ☆ ☆ ☆

UnityFax

FreeiFax
2 out of 5 stars
August 19, 2008
By **Mike** (Denver, CO)

SRFax

Venali

**I was not happy with eFax**

FaxaFile
They are expensive and the service was hard to cancel. I switched to fax.com.

Service

Mon

Hidd

Start

800

866, 877 or 888

Free Tria

Free IncomIn

Free Outgoin

Users

Online fax

Customer

Premium U

Corporate P

Send faxes t

Incoming Overag

Outgoing Overag

sign

**Exhibit G**

Onebox Review

Page 1 of 5



application | about | news | contact

ChooseWhat

Entrepreneur Resource Site

Learn More

**How Do I Choose?**

**Why Use A PBX Service?**

Home

**Vendor Reviews**

RingCentral
Phone.com
My1Voice
GotVmail
Phone People
PowrFone
Haloo
Virtual PBX
Vocalocity
iTeleCenter
eVoice Receptionist
Onebox
Innoport
Voice Nation
American Voice Mail
Voice Shot
uReach.com
800 PBX
TollFreeMax
SB PBX Phone
TollFreeExpress
MessagingService.com

## An "apples to apples" comparison of the top providers of hosted PBX systems.

Hosted PBX Comparison was created to consolidate and organize information about the top providers of PBX software services so that you can make an "apples to apples" comparison of the different service providers and select the one that best fits your needs.

## Onebox Review

Corporate Plan: Onebox Receptionist

## Onebox: Corporate Plan

**Plan Reviewed: Onebox Receptionist**

Pros

- Free number included in plan
- No activation fee
- 2000 included minutes
- Additional minutes cost 4.9¢ per minute

Cons

- No Free Trial
- $9.99 per month for an additional extension
- $79.95 monthly fee

Conclusion

The Onebox Receptionist plan is a good PBX plan that gives you all the features you would want. The Receptionist plan has the ability to do internet faxes, handle conference calls, send message alerts, and screen calls. There is no activation fee and the toll free number is included with the plan. The plan has 2000 included minutes along with 10 extensions. The only real problem with the plan is that you do not get a free trial. The lack of a free trail makes it hard to recommend a product. Most PBX service providers do provide you with a free trial period that allows you to try out their product. We would recommend that you only look at PBX service providers that give you a free trial or a money back guarantee.

| Plan | Onebox Receptionist |
|---|---|
| Free Trial | No |
| Monthly Fee | $79.95 |
| Activation Fee | None |
| Extensions | 10 |
| Included Minutes | 2000 |
| Inbound Minutes Rate | 4.9¢ |
| Outbound Minutes Rate | 4.9¢ |
| Follow Me | Yes |
| Internet Fax | Yes |
| Cost Per Fax | 4.9¢ |
| Voicemail | Yes |
| Voicemail to email | Yes |
| Call Forward | Yes |
| Call Hold | Yes |
| Call Transfer | Yes |
| Conference Calls | Yes |
| Message Alerts | Yes |
| Dial by Name Directory | Yes |
| Call Screening | Yes |
| Web Management | Yes |
| 800 number | Free |
| Local Number | Free |
| 866, 877, or 888 Number | Free |

EXHIBIT G PAGE 51

**An "apples to apples" comparison of the top providers of hosted PBX systems.**
Hosted PBX Comparison was created to consolidate and organize information about the top providers of PBX software services so that you can make an "apples to apples" comparison of the different service providers and select the one that best fits your needs.

**How Do I Choose?**

**Why Use A PBX Service?**

**Home**

**Vendor Reviews**

RingCentral

Phone.com

My1Voice

GotVmail

Phone People

PowrFone

Halloo

Virtual PBX

Vocalocity

iTeleCenter

eVoice Receptionist

Onebox

Innoport

Voice Nation

American Voice Mail

Voice Shot

uReach.com

800 PBX

TollFreeMax

SB PBX Phone

TollFreeExpress

MessagingService.com

SmallBizPhoneSystems

1 800 Toll Free Number

## Onebox Review

Corporate Plan: Onebox Receptionist

## Onebox: Corporate Plan

**Plan Reviewed: Onebox Receptionist**

Pros

- Free number included in plan
- No activation fee
- 2000 included minutes
- Additional minutes cost 4.9¢ per minute

Cons

- No Free Trial
- $9.99 per month for an additional extension
- $79.95 monthly fee

Conclusion

The Onebox Receptionist plan is a good PBX plan that gives you all the features you would want. The Receptionist plan has the ability to do internet faxes, handle conference calls, send message alerts, and screen calls. There is no activation fee and the toll free number is included with the plan. The plan has 2000 included minutes along with 10 extensions. The only real problem with the plan is that you do not get a free trial. The lack of a free trail makes it hard to recommend a product. Most PBX service providers do provide you with a free trial period that allows you to try out their product. We would recommend that you only look at PBX service providers that give you a free trial or a money back guarantee.

Fr
Mont
Activat
Ext
Included
Inbound Minut
Outbound Minut
Fo
Inter
Cost
Vo
Voicemail
Call
C
Call
Conferen
Messag
Dial by Name D
Call Sc
Web Mana
800
Local
866, 877, or 888
800 Vanity
Transfer 800
Multiple Dial-In N
Additional e>

sign

**Exhibit H**





# Introducing Personal Receptionist

### What is it?
Onebox Personal Receptionist is an automated service that puts you in control of all of your communication needs. It answers your calls with a professional greeting and forwards them to you wherever you are. You decide which calls to take live and which ones can go to voicemail for a call back later. You control where calls are routed and in what order by setting up a simple schedule.

**Start your one month free trial now!**[*]



[*]**First month of service is completely FREE** (up to 400 free minutes). Subsequent months are billed at $29.95. Monthly fee includes **2000 minutes** of phone and fax usage. Additional minutes are 10 cents per minute. Cancel at any time. International rates apply to calls & faxes destined outside the USA & Canada.

### What do I get?    Frequently Asked Questions

- A dedicated toll free number for you and/or your business.
- Your first month is **free** and includes 400 minutes of free phone usage as well.
- **2000 minutes/month** included for US$29.95.  That's **less than 1.5 cents per minute!**
- 24/7 control over where calls are forwarded.
- Personalizable greetings for answering calls and when you are unavailable.
- Caller Id and/or Call Screening lets you know who's calling.
- Return a call from a voicemail with the push of a button.
- Your toll free number also accepts faxes.
- Instant notifications sent to your cell phone or pager when a voicemail or fax is received.
- Forward voicemails & faxes to your email account.
- Online, telephone, and email access to voicemails and faxes.
- Conference calling.
- and much more...
- Click here for detailed feature list

### For more information, click here.

### Additional plans available

**Exhibit I**





EXHIBIT I PAGE 54

Access your faxes anywhere. Try eFax Free.                                    Page 1 of 2

# SpecialsOnTheWeb.com

## eFax.com Review and Link

## Start faxing by email. TRY IT FREE



**eFax** gives you a local fax number that lets you send and receive faxes by email.

**Access** your faxes anywhere you can access email
**Look** your best with your own local fax number
**Go** paperless with easy-to-save digital faxes
**Save** desk space - no fax machine required

>> Learn more about how eFax works

"I feel that if more businesses understood how well eFax performs, there would be far fewer fax machines. Thank you."
**Chuck B., Business Owner**

>> Try Now





### 30 DAY FREE TRIAL SIGN UP NOW!



"Say goodbye to your clunky fax machine when you sign up for eFax..."
PC Magazine

| | Fax Machine | eFax |
|---|---|---|
| Receive and send faxes via email | ⊘ | ✔ |
| Choose fax numbers worldwide | ⊘ | ✔ |
| Start faxing instantly | ⊘ | ✔ |
| Doesn't require a phone line | ⊘ | ✔ |
| Doesn't require a fax machine | ⊘ | ✔ |
| Store fax documents online | ⊘ | ✔ |
| Privately delivers faxes by email | ⊘ | ✔ |

Your 30 day trial allows you to receive faxes at up to 5 different email addresses and send up to 30 fax pages, subject to the customer agreement.

eFax is a registered trademark of J2 Global Communications.

## Click to enter the Official Website

### eFax.com

Special offer: **FREE 30 Day Trial**

## Faxing: Then and Now

What happened in the year 1843 that would eventually impact your working life? The fashion re-emergence of the hoop dress you say? How about the

EXHIBIT  I  PAGE  55

Access your faxes anywhere. Try eFax Free.

publishing of "A Christmas Carol" by Charles Dickens? Though you may be of the strong opinion that the only way your boss could become less of a "Scrooge" would be through ghostly intervention, you are, unfortunately, missing the mark.

1843 was the year a Scottish inventor, Alexander Bain, developed the original concept still used in fax machines today. Though Bain's invention – the chemical telegraph – wasn't actually patented until December of 1846, he is still considered the "father of the facsimile." Other inventors such as Italian physicist Giovanni Caselli and American inventor Elisha Gray also made later contributions to the development of modern fax machines, however Bain is still considered the main man.

Flash forward to 1994. While the North American Free Trade Agreement (NAFTA) was going into effect and Tonya Harding's accomplices were focusing on Nancy Kerrigan's right leg, a young, international recording artist grew tired of missing important messages and faxes during his many travels. Drawing on his high-tech background, he set about inventing an integrated messaging network that would deliver faxes and voicemail via an already-existing, universally-accessible channel: the Internet. The artist was Jaye Muller, and the vision he developed swiftly grew into JFAX.COM, a multi-million dollar corporation that offered nothing less than a dramatic lifestyle upgrade in the way people communicated and did business in the 90s and beyond.

JFAX.COM was the world's first and only integrated messaging capability, coupled with the ability to assign users local phone numbers in any of over 50 locations worldwide. It linked email to every fax and every phone in the world, fulfilling the dreams of the universal inbox and the virtual office. Seeing the incredible value of JFAX.COM, j2 Global Communications, Inc. purchased it in 1995 and, as a result, eFax was born.

Today, eFax is the #1 paperless faxing choice of individuals and businesses worldwide. eFax offers local and toll-free fax numbers that are tied to your email, as well as tiered faxing solutions – from free to Pro service – that meet any faxing need.

If you'd like to know more about how eFax works, sign up for eFax today and see how easy faxing can be.

© 2007 copyright www.SpecialsOnTheWeb.com

EXHIBIT __I__ PAGE 5(

**Exhibit J**

# Zilker Ventures, LLC

401 Congress Ave, Suite 1540
Austin, Texas 78701
Phone: (512) 448-9031
Fax: (512) 682-9096

April 14, 2008

Mrs. Sabah Coles
J2 Global Communications, Inc.

Re: FaxCompare.com

Dear Sabah,

Thank you for taking the time to speak with us last week. After some reflection and internal discussions, I would like to respond to your comments in two parts. First I will address your trademark claim, and second I will propose a mutually beneficial compromise that should alleviate some of your concerns and provide you with a substantial value proposition.

You requested in our call that we stop using the term "efax" to refer generically to the act of converting a facsimile transmission into an image file which is then delivered via email or visa versa. The fair use of any term in a descriptive manner does not infringe upon your client's trademark rights. At no point have we attempted to misrepresent your client's trademark for purposes of creating confusion in the market place. Our use of the term "efax" has been used in a descriptive manner as it is widely used to describe a bundled messaging service combining facsimile and email.

In addition, we have collected substantial data regarding the search terms used to find our site. The volume of searches for terms such as "compare efax services" and the like clearly indicate that the general population commonly uses the term "efax" generically to describe electronic facsimile rather than the J2 Global Communications brand "eFax".

Having stated our belief and position, we are willing to make concessions in a good faith effort to create a mutually beneficial marketing agreement.

Use of the word "efax":   We will agree to only use the term "efax" when referencing the J2 Global Communications' "eFax" brand. This will include all content on FaxCompare.com as well as the keyword meta tag.

FaxCompare.com                                        4/14/2008

Brand Positioning:        We have reviewed over 20 brands on FaxCompare.com.
                          However, there are only seven spots on the homepage and
                          the vast majority of the lead generation is channeled to
                          those seven vendors.  We will agree to place three J2
                          Global Communications brands on our home page, one of
                          which must be eFax.  The other two can be chosen by J2
                          Global Communications.  However, these brands must
                          offer comparable feature sets to the other products in our
                          survey.

Lead Bounties:            Zilker Ventures, LLC shall be paid $20 per free trial sign
                          up referred from FaxCompare.com to any J2 Global
                          Communications fax brand.  This rate is consistent with our
                          other top performers.

Sales Bonuses:            Zilker Ventures, LLC shall be paid $40 for each free trial
                          sign up that becomes a paying customer.  This rate is also
                          consistent with our other top performers.

Paid Search Marketing:    In a good faith effort not to increase paid search marketing
                          costs for J2 Global Communications, we will agree not to
                          outbid J2 Global Communications on the brand name
                          keywords in question, as long as doing so will allow
                          FaxCompare.com to achieve placement in the sponsored
                          links section of the search results of spot six or higher.

We believe this proposal should address any concerns that J2 Global Communications
might have with FaxCompare.com as well as create a substantial lead generation portal
for your brands.  Please let us know if you are interested in pursuing an arrangement
consistent with these terms and we will produce a formal document.

Thank you for your consideration.  We look forward to working with you.

Sincerely,

Zilker Ventures, LLC
DBA/ FaxCompare.com

Gaines Kilpatrick, CEO

                                                              Page 2 of 2

EXHIBIT __J__ PAGE 58

**Exhibit K**

Founded in 1852
by Sidney Davy Miller



MICHIGAN: Ann Arbor
Detroit • Grand Rapids
Howell • Kalamazoo
Lansing • Monroe
Saginaw • Troy

New York, NY
Pensacola, FL
Washington, DC

CANADA: Windsor, ON
POLAND: Gdynia
Warsaw • Wrocław

KRISTEN ISAACSON SPANO
TEL: (313) 496-7562
FAX: (313) 496-8454
E-MAIL: spano@millercanfield.com

150 West Jefferson, Suite 2500
Detroit, Michigan 48226
TEL: (313) 963-6420
FAX: (313) 496-7500
www.millercanfield.com

August 28, 2008

**VIA FAX (512-722-7721)**
**EMAIL (admin@zilkerventures.com)**
**and FIRST CLASS MAIL**

W. Gaines Kilpatrick, CEO
Zilker Ventures, LLC
401 Congress Ave., Suite 1540
Austin, Texas 78701

Dear Mr. Kilpatrick:

    We are counsel for j2 Global Communications, Inc. ("j2") and are writing to demand that you immediately cease and desist your improper use of j2's trademarks and those of its affiliates.

The eFax® and Onebox® Marks

    The marks eFax® and Onebox® are service marks of j2 and its affilate, Call Science, Inc., registered in the U.S. Patent and Trademark Office, Reg. Nos. 1,786,350 and 2,836,857. j2 and its affiliate also have several other eFax® and Onebox® marks registered in the U.S. Patent and Trademark Office. See Reg. Nos. 2,682,802; 2,644,821; 2,541,937; 2,530,979; 2,530,978; and 3,479,654.

    j2 has, through its predecessor in interest, been using the mark eFax® in commerce since as early as 1989 to identify its goods and services related to the electronic receipt and transmission of facsimiles. j2 and its affiliate have been using the mark Onebox® in commerce since at least as early as 2003 to identify its goods and services relating to telecommunications services, namely, the transmission of voice, data, images, video and messages over the Internet. j2 and its affiliate have established ownership in a broad family of eFax® and Onebox® marks, and have acquired the legal right to the exclusive use of the eFax® and Onebox® marks in the promotion and sale of such goods and services. Our client is also the named registrant of www.efax.com and www.onebox.com.

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

-2-                                                              August 28, 2008

Zilker Venture, LLC's Improper and Infringing Use of j2's Marks and those of its Affiliates

It has come to our attention that Zilker Ventures, LLC ("Zilker") is using the mark eFax® on its websites www.zilkerventures.com and www.faxcompare.com, and in various press releases without properly recognizing the mark as a registered service mark of j2. *See* Exhibit A. Contrary to your claims in your letter dated April 14, 2008 to Sabah Coles of j2, eFax® is not "widely used to describe a bundled messaging service combining facsimile and email," and "the general population" does not "commonly use[]" eFax® "generically to describe electronic facsimile." *See* Exhibit B. Rather, the general public, including your company, uses eFax® to identify j2's internet fax services. In fact, your company has recognized eFax® as "the industry's most well known vendor" of internet fax services. *See* Exhibit C. The mark eFax® may only be properly used only to identify j2's products and services.

j2 has learned that Zilker is infringing j2's trademarks by bidding on search engine sponsored link keywords containing j2 or affiliate-company trademarks, including but not limited to "eFax", "e Fax", "eVoice", "Onebox". We demand that you immediately cease and desist such use of these marks or any derivation thereof.

Zilker's improper use of j2's marks is likely to cause confusion in the minds of consumers as to the source or origin of the products and services it offers. At the very least, visitors to its sites are likely to believe that its use of "eFax" and "Onebox" is approved by, affiliated with or sponsored by j2.

Please confirm by contacting me within five (5) days from the date of this letter, that Zilker will only use the eFax® and Onebox® trademark to refer to j2's eFax® or Onebox® products and services and not those of any others, and that you will not use eFax® in a generic manner to describe internet faxes or internet faxing services. Please also confirm within this timeframe that Zilker has ceased bidding on search engine keywords containing any of j2's trademarks or those of its affiliates.

faxcompare.com and pbxcompare.com

In addition, we have significant concerns that Zilker is misleading consumers and other through the results it publishes on faxcompare.com and pbxcompare.com. While these sites claim to be a "quality unbiased resource" of the "top providers of internet fax services" and "top providers of hosted pbx systems," until very recently, faxcompare.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

-3-                                                                    August 28, 2008

did not even include eFax®, "the industry's most well known vendor," on its comparison page. *See* Exhibit C. And neither Onbox® nor eVoice Receptionist® appear in any of the tabs for "Most Affordable", "Most Popular" or "Corporate Systems" on pbxcompare.com, even though these are two of the top brands in the space. *See* Exhibit D. Zilker has also selectively decided to review only the most expensive offering of Onebox. *Id.* In response to j2's inquiry regarding the omission relating to eFax®, you proposed a compensation package pursuant to which Zilker would agree to place eFax® and j2's other brands on the faxcompare.com comparison page in exchange for j2's payment of "lead bounties" and "sales bonuses." *See* Exhibit B. We can only assume that the same deal would be available with respect to the pbxcompare.com website.

Your proposal that j2 provide you with compensation in order to be included on what purports to be an "unbiased resource" raises the questions of whether you are being compensated by others without disclosure of that fact, whether faxcompare.com and pbxcompare.com are in fact "unbiased" comparison sites, and whether Zilker and the companies that are compensating Zilker are misleading potential customers and engaging in false advertising. So that we may evaluate these issues, please advise whether any other internet fax vendors or outsourced pbx vendors have, or currently are, compensating Zilker in the manner you proposed in you April 14, 2008 letter or otherwise, and if so, provide us with sufficient details concerning such arrangements.

If Zilker fails or refuses to take the actions demanded above or disclose the information requested above, j2 will take appropriate legal action. Obviously, we hope that this will not be necessary.

Your prompt attention to this matter is appreciated. In the meantime, if you have any questions, please feel free to contact me.

Very truly yours,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: _____

Kristen Isaacson Spano

cc:   A. Michael Palizzi, Esq.
      Jeffrey Adelman, j2 Vice President and General Counsel

# EXHIBIT A

EXHIBIT __K__ PAGE __62__



Zilker Ventures, LLC

**CURRENT PROJECTS**

<u>FaxCompare</u>

FaxCompare.com was created to consolidate and organize information about the top providers of internet fax services (efax) so that business consumers can make an apples to apples comparison of the different service providers and select the one that best fits their needs. Having subscribed to a digital fax service ourselves, we found the research process extremely tedious. Most of the providers offer similar services, but the pricing options vary widely as well as the quality and flexibility of the service. In addition, many of the providers do not list all the pertinent information on their websites, especially the hidden fees. By using FaxCompare.com, business consumers will be able to quickly understand the features most important to them, compare the top vendors, and sign up for the service. The information on our site is free to the consumers; the vendors pay us based on the number of referrals we generate.

<u>Tax-Compare</u>

Tax-Compare.com provides information about the various tax software providers in the same format as FaxCompare.com. This is a very seasonal category, so this site was launched in early February. By the end of tax season, we generated enough data about the performance of the website on various keywords to have the site fully optimized on the right keywords for the 2009 tax season. Once optimized, we expect this site to generate large profits from January to April each year.

<u>Email Marketing Software Comparison</u>

Email-Marketing-Options.com was created to provide information on email marketing software providers similar in nature to that found on its sister sites FaxCompare and Tax-Compare. Because the email marketing tools are more complex than internet fax services and tax software products, we have also created a buyer's guide, expanded pricing chart, and product usage demo's.

<u>ChooseWhat</u>

ChooseWhat.com is designed to provide business consumers with practical information about basic, but important business product categories like phone systems and specific comparisons of the vendors. These consumers will be able to rapidly familiarize themselves with the important attributes of the category, view a complete list of vendors, and compare the ones that seem to best meet their needs. Over time, the site will be maintained, so that all the information is current, complete, and robust. Business consumers who use this site will save time and make better purchasing decisions, and vendors who receive business from this site will receive better qualified leads and have a fair portal through which they can market their competitive advantages.

Zilker Ventures, LLC- Affiliate Marketing, Domaining, and E-business News
blog.zilkerventures.com

- # Zilker Ventures

  - o Zilker Ventures
  - o The Founders
  - o Zilker Blog
  - o Current Projects
  - o Careers
  - o Efax
  - o Contact Us
-
- # Subscribe

  **Subscribe**

-
- # Category Archives

  - o Affiliate Marketing Resources (3)
  - o Domaining (2)
  - o Google (1)
  - o Internet and Technology News (12)
  - o Online Advertising (2)
  - o social networking (2)
- # Recent Entries

  1. Time Warner Jacks up Broadband Prices for East Texas Porn Junkies
     Thursday, February 07, 2008
  2. Google v. at&t in a battle for a $10 billion wireless network
     Thursday, February 07, 2008
  3. The Races tend to form Cliques on social networks.
     Thursday, February 07, 2008
  4. Let Your MySpace Profile reflect your Bloging Prowess
     Thursday, February 07, 2008
  5. Digital Music Taking Over
     Thursday, February 07, 2008
  6. Buy the Old West on E-Bay
     Thursday, February 07, 2008
  7. Spybot Zaps CJ Sales
     Wednesday, November 28, 2007
  8. Google offers big rewards for innovations to "Android" mobile operating system
     Wednesday, November 28, 2007
  9. 80% of US Adults Online
     Monday, November 12, 2007
  10. Online Ad Spends Expected to Triple by 2010

EXHIBIT ___K___ PAGE ___64___

# FaxCompare.com

**An "apples to apples" comparison of the top providers of internet fax services.**

FaxCompare.com was created to consolidate and organize information about the top providers of internet fax services so that you can make an apples to apples comparison of the different service providers and select the one that best fits your needs.

| Services | MyFax | RingCentral | TrustFax | Rapid Fax | GoFaxer | MaxEmail | eFax |
|---|---|---|---|---|---|---|---|
| | sign up now | sign up now | sign up now | sign up now | sign up now | sign up now | sign up now |
| Reviewed Plan | Best Value | Fax 300 | Pro Local | Individual | Home | Plus | eFax Plus |
| Monthly Fees | $10.00 | $9.99 | $9.95 | $9.95 | $9.95 | $9.95 | $16.95 |
| Hidden Fees | No | No | No, but | No | No | No, but | Yes |
| Start Up Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $10.00 |
| Free Trial Period | 30 Days | 30 Days | 30 Days | 30 Days | 30 Days | 30 Days | No |
| Free Incoming Pages | 200 | 300 Total | 400 | 300 | 400 | 250 | 130 |
| Free Outgoing Pages | 100 | Combined | 125 | Combined | Combined | 100 | 30 |
| Users in Plan | 5 | 5 | 10 | 2 | Unlimited | 25 | 5 |
| Online Fax Storage | 1 Year | 30 Days | Unlimited | 30 Days | Unlimited | 30 Days | 1 Year |
| Customer Support | 24/7 | 24/7 | M-F 9-5(EST) | M-F 8-5 (PST) | M-F 8-8 (EST) | No limited | 24/7 |
| Premium Upgrades | Yes | Not Available | Yes | Yes | No | Yes | Yes |
| Corporate Packages | Yes | Yes | Yes | Yes | Yes No | Yes | Yes |
| Send Faxes by email | Yes | Yes | Yes | Yes | Yes No | Yes | Yes |
| Incoming Overage Pages | $0.10 | $0.06 | $0.10 | $0.08 | $0.05 | $0.05 | $0.15 |
| Outgoing Overage Pages | $0.10 | $0.06 | $0.10 | $0.08 | $0.05 | $0.10 | $0.10 |

**Start Faxing Now!**

## What is an internet fax?

Internet Fax (also known as e fax, email fax, online fax, and digital fax) utilizes an internet service provider to convert a facsimile transmission into a digital file that can be received via email and vice versa. Internet fax services bridge the gap between the older fax technology, which is well established in today's business environment, and email transmission of documents. In the simplest terms, when you sign up with an internet fax service, you will be assigned a dedicated fax phone number that will convert incoming faxes to email attachments that are automatically sent to your email address. The majority of these services also allow you to send attachments (like Word documents, PDFs, or pictures) to physical fax numbers that are received just as if you had sent them using a standard fax machine. Most internet fax services will send you your documents in a number of different file formats, such as TIF or PDF files.

### What is an internet fax?

### How do I choose?

## Vendor Reviews

MyFax
RingCentral
TrustFax
RapidFAX
GoFaxer
MaxEmail
eFax
Fax.com
FaxMail
FaxFreedom
Send2Fax
ClickFax.com
AirComUSA.com
GreenFax.com
SmartFax.com
ExtremeFax.com
OneFax
Jconnect.com
Packetel
101Fax
Callwave
SimplifyFax
MetroFax
FaxAge

## Why use an internet fax service?

**Lower Cost:** Typically, the monthly fee could be in the range of the cost of a dedicated phone line and you have no long distance charges. In addition, you don't have to own a fax machine, which also means you don't have to buy paper cartridges. Even if you decide to print your faxes, you can still delete bulk faxes or other documents you do not need to keep, which will reduce our sumption of materials.

**More efficient use of time.** Many carriers allow you to set up multiple receive emails, so your faxes are automatically delivered to whomever you choose. Because you are receiving faxes via email, you will also receive them on email enabled PDA's. You can then review faxes and take action.

**More reliable:** You will no longer have to deal with the limitation of your phone line or fax machines. This means no busy signals, no running out of paper, no paper jams, etc.

**Environmentally Responsible:** Reducing consumption not only reduces costs, it's the responsible thing to do for the environment. Printing every junk fax, or bad transmission creates trash and costs money.

**Security:** Most internet fax services support high level encryption technology. Furthermore, you can designate which email addresses faxes are sent to, which is significantly more secure than having sensitive documents sit in a shared fax machine.

## What to look for in an internet fax service:

**Market Standard.** After reviewing plans with all the internet fax service providers on our list FaxCompare.com came up with what we consider to be 'market standard'. Some providers have better pricing and some fall short. However, this is a pretty good yard stick with which to measure everyone.

- 30 day free trial
- No start up fee.
- $9.95 per month
- 300 total pages (incoming and outgoing combined)
- $0.10 per minute for overage pages.
- No Hidden Fees
- 24/7 Customer Service
- Send/Receive capabilities.

We do not recommend selecting an internet fax service based on brand name recognition. There are many reliable internet fax services with good customer service that are priced within FaxCompare.com's 'market standard' criteria. Some well known carriers are charging what appears to be a 70% premium for brand recognition.

**Pages v. Minutes:** Some providers quote rates in minutes and other in pages. Those that quote rates in pages are assuming that it takes 1 minute or less to transmit 1 page. However, they all state that the actual time to transmit a page may vary.

## Why use FaxCompare.com?

FaxCompare.com was created as a result of our own frustration in choosing an internet fax service. We have spent over 30 man hours researching all the different internet fax services and organizing the data so you can make an "apples to apples" comparison of the different services and select a provider so you can get back to business. We are committed to providing a quality, unbiased resource to individuals and small business owners that will save time and alleviate the frustration we went through in selecting an internet fax service provider for ourselves.

---

**FaxSet**

### Newsletter Signup

Enter your email address below to receive updates on recently reviewed product categories.

[ submit ]

---

**Featured Product**

### A Complete Phone and Fax Service

Interested in a solution that manages your phone and fax needs? Simplify your communications with RingCentral Online and get a central location for all your fax, email and voicemail accounts. Toll free numbers are included at no additional cost.

[ Learn More ]



---



## xeal

Promotion | Production

**our history, our mission, our business.**

Powered by Results
XEAL PRECISION MARKETING

1-866-XEAL-WEB

## Business & Technology Articles

### Zilker Ventures, LLC: Going Green with Internet Fax: A Convenient Truth

(PRLEAP.COM) Austin, Texas June 18, 2008 – On June 5th, the globe celebrated World Environment Day, an event heralded by the United Nations Environment Program (UNEP), and celebrated by more than 100 countries. And in honor of the occasion, Austin-based company Zilker Ventures pledged to UNEP that they would switch as many offices as possible from traditional fax machines to internet faxing in 2008.

People are sometimes reluctant to switch over to E faxing from fax machines simply because they don't have the necessary information about internet fax services—that's what we try to provide," says Gaines Kilpatrick, CEO of Zilker Ventures and co-creator of FaxCompare.com, a comparison and review website for online fax services.

But leaving the fax machine behind is a process. Whoever said that fax machines aren't really dead may have been right in the wake of new internet fax services such as eFax, MyFax and Ring Central, reports have surfaced of fax machines tucked into dusty office corners, hidden from sight, but still running and often used by businesses professionals who have not yet seen the light.

### FREE WEB SITE DESIGN MAKEOVER!

If you are looking to *increase leads, sales and establish credibility*, then a professionally designed **custom** web site design may be exactly what you need. **Xeal is giving away over $30,000** worth of SmartExpress Web Site Designs, with a drawing for a new winner every month. Click here to enter!



## Sign Up Today:

Find out how you can take advantage for FREE internet marketing tips from the experts at *Xeal Precision Marketing.*

name [                    ]

email [                    ]

subscribe

### Advanced Marketing

**Talk to the experts!**
Marketing got you stumped? Have a question you just can't find the answer to? Fill out our contact form to be contacted by one of our marketing experts within 1 business day.

**Maximize your investment**
Does your website measure up? Take our quick 25 point test.

**Get an inside scoop**
Check out these resources available from the experts at Xeal, or sign up for a free website evaluation on Xeal's Weekly Webinar.

Experts call them "vampire loads"—energy-sucking devices that still consume wattage while lying dormant or idle—the most notorious of which is the fax machine that needs to be kept running in case it receives a fax.

According to DJ MacIntyre, President of renewable energy advocate Le Boise Alternatives: "If you run a fax machine 24/7, you create 80 Kg of greenhouse gas per year in our area. That's a lot considering how infrequently it's actually used." Fax online. Save a tree.

In addition to consuming energy, fax machines also use paper, which is too often wasted on unnecessary cover pages, fax reports and faulty fax transmissions. Internet fax industry leader j2 recognizes this fact, reporting that "[if] 1% of all paper faxes sent in America each year were sent electronically, 73.5 million trees would be saved."

While paper waste has indeed proliferated post-personal printers, studies are now showing a decline. the post-Inconvenient Truth generation is simply becoming more serious about going green. Perhaps people are also more quickly embracing electronic copies, which can be saved on a computer or PDA and do not have to be printed.

This mobile aspect of email and electronic documents is appearing more and more desirable and environmentally responsible to consumers. People are also becoming more comfortable with Email fax of E-fax services, especially since the majority of email servers and Internet fax sites provide secure archives of stored information that can be accessed "anywhere one can access the internet."

The truth is that the world is moving much faster than the naysayers would have people believe. Network connections are becoming more secure. Consumers are buying iPhones and Blackberries, carrying hundreds of electronic pages in their pockets. And we are supposed to believe that using a paper-jammed, whirring, buzzing energy-sucker is faster, more reliable and more convenient than the alternatives?

"A lot of people are surprised to see how easy it is once they get going," says Steve Adams, Vice President of Marketing for Pretius, owner of MyFax.

"As MyFax says, 'Fax online. Save a tree.' It doesn't get any simpler."

For additional information regarding online fax services, visit _____

Zilker Ventures, LLC is a web publisher that consolidates information and reviews various business and financial products.

Contact

**Jennifer Silva**
**Zilker Ventures, LLC**
jen@zilkerventures.com
(512) 448-9031
Contact Information

[ Archive Listing ]

Bookmark:



**RESULTS RADIO SHOW**
Achieving Results in Business and Beyond

"Xeal Precision Marketing has Mastered the Equation in Search Engine Optimization of Press Releases" David McInnis, Founder and CEO of PRWEB

**Broadcast Live on 1170 KFAQ AM**
**Sundays at Noon**
Podcasting Globally via iTunes and more at:
**www.ResultsRadioShow.com**

©1996-2008 Xeal™, Inc. all rights reserved. 1722 S. Carson Ave. Ste 320 - Tulsa, OK 74119
Corporate Office 918-491-4721 - Fax 918-491-4726

# EXHIBIT B

EXHIBIT __K__ PAGE __70__

## Zilker Ventures, LLC
401 Congress Ave, Suite 1540
Austin, Texas 78701
Phone: (512) 448-9031
Fax: (512) 682-9096

April 14, 2008

Mrs. Sabah Coles
J2 Global Communications, Inc.

Re:  FaxCompare.com

Dear Sabah,

Thank you for taking the time to speak with us last week.  After some reflection and internal discussions, I would like to respond to your comments in two parts.  First I will address your trademark claim, and second I will propose a mutually beneficial compromise that should alleviate some of your concerns and provide you with a substantial value proposition.

You requested in our call that we stop using the term "efax" to refer generically to the act of converting a facsimile transmission into an image file which is then delivered via email or visa versa.  The fair use of any term in a descriptive manner does not infringe upon your client's trademark rights.  At no point have we attempted to misrepresent your client's trademark for purposes of creating confusion in the market place.  Our use of the term "efax" has been used in a descriptive manner as it is widely used to describe a bundled messaging service combining facsimile and email.

In addition, we have collected substantial data regarding the search terms used to find our site.  The volume of searches for terms such as "compare efax services" and the like clearly indicate that the general population commonly uses the term "efax" generically to describe electronic facsimile rather than the J2 Global Communications brand "eFax".

Having stated our belief and position, we are willing to make concessions in a good faith effort to create a mutually beneficial marketing agreement.

Use of the word "efax":        We will agree to only use the term "efax" when referencing the J2 Global Communications' "eFax" brand.  This will include all content on FaxCompare.com as well as the keyword meta tag.

K   PAGE 71

FaxCompare.com                                                    4/14/2008

Brand Positioning:        We have reviewed over 20 brands on FaxCompare.com.
                          However, there are only seven spots on the homepage and
                          the vast majority of the lead generation is channeled to
                          those seven vendors.  We will agree to place three J2
                          Global Communications brands on our home page, one of
                          which must be eFax.  The other two can be chosen by J2
                          Global Communications.   However, these brands must
                          offer comparable feature sets to the other products in our
                          survey.

Lead Bounties:            Zilker Ventures, LLC shall be paid $20 per free trial sign
                          up referred from FaxCompare.com to any J2 Global
                          Communications fax brand.  This rate is consistent with our
                          other top performers.

Sales Bonuses:            Zilker Ventures, LLC shall be paid $40 for each free trial
                          sign up that becomes a paying customer.  This rate is also
                          consistent with our other top performers.

Paid Search Marketing:    In a good faith effort not to increase paid search marketing
                          costs for J2 Global Communications, we will agree not to
                          outbid J2 Global Communications on the brand name
                          keywords in question, as long as doing so will allow
                          FaxCompare.com to achieve placement in the sponsored
                          links section of the search results of spot six or higher.

We believe this proposal should address any concerns that J2 Global Communications
might have with FaxCompare.com as well as create a substantial lead generation portal
for your brands.  Please let us know if you are interested in pursuing an arrangement
consistent with these terms and we will produce a formal document.

Thank you for your consideration.  We look forward to working with you.

Sincerely,

Zilker Ventures, LLC
DBA/ FaxCompare.com

Gaines Kilpatrick, CEO


                                                          Page 2 of 2

# EXHIBIT C

EXHIBIT K PAGE 73

**An "apples to apples" comparison of the top providers of internet fax services.**

FaxCompare.com was created to consolidate and organize information about the top providers of internet fax services so that you can make an "apples to apples" comparison of the different service providers and select the one that best fits your needs.

What is an internet fax?

How do I choose?

Home

## News

Vendor Reviews

MyFax

RingCentral

TrustFax

Rapid2Fax

GoFaxer

Maximail

eFax

Fax.com

Fax2Mail

FaxFreedom

Send2Fax

ClickFax.com

AirComUSA.com

GreenFax.com

SmartFax.com

ExtremeFax.com

OneFax

iconnect.com

Packetel

1stFax

Callwave

SimplifyFax

MetroFax

FaxAge

FaxSav

### Put the Bat Away: Fax Machines are Dead and the Internet Killed Them
Apr. 4, 2008

*Zilker Ventures' newest website, FaxCompare.com, reviews and compiles relevant details about the top internet fax services currently on the market.*

**Austin, Texas (PRWEB) April 4, 2008** - The day a new fax machine arrives at the office is the last day that it's top of line. It's also the last day that it's full of toner and paper until more money is expended to maintain it. It's all downhill from there-a paper-jammed, humming, beeping, migraine-inducing ride downhill. But thanks to the advent of online services such as online fax services that can replace costly office equipment, the small business owner can actually take a bat to his fax machine with a clear conscience. As the importance of email grows and the business community insists on holding on to fax machines, bridge technologies like internet fax services are becoming more and more common-a fact that FaxCompare.com strives to highlight.

There are currently dozens of service providers in this industry ranging from five-employee shops to Fortune 500 companies. Some of these service providers include MyFax, RingCentral and TrustFax. J2 Global Communications is a Fortune 500 company that controls several internet fax service brands, such as Rapid Fax and Fax.com, but their most well known brand is eFax. Faced with a wide range of service options, fax senders may find the process of selecting a provider to be an added stress to their business.

The current void of unbiased information regarding internet fax services compelled Zilker Ventures, LLC to create FaxCompare.com. After substantial unfruitful research, Leo Welder, founder and COO of Zilker Ventures, LLC, signed-up for an online fax service that he later had to cancel because it was missing some features that were crucial for Zilker Ventures, LLC. This experience convinced Leo that the online fax service industry was a perfect space for an unbiased review site.

Further verifying the need for unbiased information and reviews was the discovery that eFax, the industry's most well known vendor, charges 70% more than the 'Market Standard' and includes fewer pages than their top competitors.

'Market Standard' for an online fax service according to FaxCompare.com is $10 per month for 300 pages with no start up fee, a 30 day free trial and overage pages for $0.10 per page or less. At those rates, six months of service fees will cost substantially less than most traditional fax machines.

In addition to its 'Market Standard,' FaxCompare.com offers comprehensive e Fax reviews and other e Fax comparison information, including 'need to know' comparison data regarding e Fax service fees. As almost all of the marketing for these services is done on the internet, most of the information regarding online fax services is provided by the vendors themselves.

Internet faxing will certainly benefit businesses in the long-run. And by learning more about this emerging business tool fax senders can maximize benefits and minimize cost. As founder Leo Welder puts it: "With great options like MyFax and RingCentral, unwitting consumers paying above market service fees is clearly the result of a lack of information. We hope to provide that information with FaxCompare.com."

...

**For additional information regarding online fax services, visit FaxCompare.com**

**Zilker Ventures, LLC is a web publisher that consolidates information and reviews various business and financial products.**

Newsletter Signup

Enter your email address below to receive updates on newly reviewed product categories.

[Submit]

**Contact:**

**Jennifer Silva
Zilker Ventures, LLC
pr@zilkerventures.com
(512) 448-9031**

A Complete Phone and Fax Service

Interested in a solution that manages your phone and fax needs? Simplify your communications with RingCentral Online and get a central location for all your fax, email and voicemail accounts. Toll free numbers are included at no additional cost.

# EXHIBIT D

EXHIBIT ___K___ PAGE __75__

**An "apples to apples" comparison of the top providers of hosted PBX systems.**

Hosted PBX Comparison was created to consolidate and organize information about the top providers of PBX software services so that you can make an "apples to apples" comparison of the different service providers and select the one that best fits your needs.

## How Many Minutes?
## What To Look For
## Feature Breakdown
## What To Check For First
## Why Use A PBX Service?
## Why PBXCompare.com?

| | | Most Affordable | | | Most Popular | Corporate Systems | | |
|---|---|---|---|---|---|---|---|---|
| Services | RingCentral | Phone.com | MyiVoice | GotVmail | Phone People | PowerFone | Virtual |
| | sign up now | sign up now | sign up now | sign up now | sign up now | sign up now | sign up |
| Reviewed Plan | Professional | Office 300 | Basic | Silver | Economy | Personal | SOHO |
| Free Trial | 30 days | 30 days | 30 days | 30 days | 7 days, but... | | |
| Monthly Fee | $9.99 | $9.88 | $10.00 | $9.95 | $9.99 | $9.95 | $9.9 |
| Activation Fee | None | None | None | $25 | None | $15.00 | $25 |
| Extensions | 5 | 10 | 1 | 5 | 5 | 5 | 3 |
| Included Minutes | 100 | 300 | 100 | 50 | 100 | 100 | 0 |
| Inbound Minutes Rate | 6.7 cents | 4.9 cents | 5 cents | 7.4 cents | 5.9 cents | 6.5 cents | 6.9 ce |
| Internet Fax | Yes | Yes, but | No | Yes | No, but... | $10/month | Yes |
| Conference Calls | Yes | No | No | Yes | No | Yes | Yes |
| Message Alerts | Yes | Yes | Yes | Yes | $3/month | Yes | Yes |
| Call Screening | Yes | No | Yes | Yes | Yes | Yes | Yes |
| Web Management | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| 800 Number | Free | $12.00 | Free | $15.00 | $29.00 | $10/month | Free |
| Local Number | Free | Free | Free | Free | No | Free | Free |
| 866, 877, or 888 Number | Free | Free | Free | Free | Free | $10/month | Free |
| Additional Extension | $2.99/month | $1.88/month | N/A | $5/month | N/A | $10/month | N/A |
| | sign up now | sign up now | sign up now | sign up now | sign up now | sign up now | sign up |

*Sign Up Now!*

# How many included minutes do I need?

**When looking at the different plans available, try to purchase a plan that has enough minutes for the typical amount of**

http://www.pbxcompare.com/

8/28/2008

EXHIBIT ___K___ PAGE __76__

|  | | Most Affordable | | Most Popular | | Corporate Systems | |
| Services | RingCentral | Phone.com | MyVoice | Halloo | PowerFone | Get Telecenter | Phone People |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  | sign up now | sign up now | sign up now | sign up now | sign up now | sign up now | sign up now |
| Reviewed Plan | Business Plus | Office 500 | Essential | Office 500 | Plus | One Plan | Standard |
| Free Trial | 30 days | 30 days | 30 days | 7 days but... | No, but... | 7 days | 7 days |
| Monthly Fee | $24.99 | $19.99 | $30.00 | $25.95 | $29.95 | $34.95 | $29.99 |
| Activation Fee | None | None | None | None | $15.00 | $15.00 | None |
| Extensions | 10 | 15 | 5 | 100 | 15 | 10 | 25 |
| Included Minutes | 500 | 500 | 1000 | 500 | 500 | Unlimited | 1000 |
| Inbound Minutes Rate | 5.9 cents | 5.9 cents | 5 cents | 5.9 cents | 6.5 cents | N/A | 3.9 cents |
| Internet Fax | Yes | Yes, but... | No | Yes | $10/month | Yes | No, but... |
| Conference Calls | Yes | No | No | Yes | $5/month | No | No |
| Message Alerts | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Call Screening | Yes | No | Yes | Yes | Yes | Yes | Yes |
| Web Management | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| 800 Number | Free | $17.00 | Free | Free | Free | $25.00 | $29.00 |
| Local Number | Free | Free | Free | Free | Free | No | No |
| 865, 877, or 888 Number | Free | Free | Free | Free | Free | Free | Free |
| Additional Extension | $2.99/month | $1.99/month | $5.00/month | N/A | $10/month | $10/month | N/A |

Sign Up Now!

|  |  | Most Affordable | Most Popular |  | Corporate Systems |  |  |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Services | RingCentral | Phone.com | Vocalocity | Halloo | MyVoice | GotVmail | Get Telecenter |
|  | sign up now | sign up now | sign up now | sign up now | sign up now | sign up now | sign up now |
| Reviewed Plan | Bus. Premium | Office 2500 | Unlimited | Office #2500 | Premium |  | One Plan |
| Free Trial | 30 days | 30 days | No | 7 days | No |  | 7 days |
| Monthly Fee | $99.99 | $59.95 | $39.99 | $99.95 | $50.00 | $49.95 | $34.95 |
| Activation Fee | None | None | $100.00 | None | None | None | $15.00 |
| Extensions | 100 | 50 | Unlimited | 100 | 15 | 50 | 10 |
| Included Minutes | 2500 | 2500 | Unlimited | 2500 | 1500 | 2000 | Unlimited |
| Inbound Minutes Rate | 3.9 cents | 3.5 cents | N/A | 3.9 cents | 5 cents | 4.9 cents | N/A |
| Internet Fax | Yes | Yes | Yes | Yes | No | Yes | Yes |
| Conference Calls | Yes | Yes | Yes | Yes | No | Yes | No |
| Message Alerts | Yes | No | Yes | Yes | Yes | Yes | Yes |
| Call Screening | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Web Management | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| 800 Number | Free | $10.00 | $39.99/month | Free | Free | $15.00 | $25.00 |
| Local Number | Free | free | $9.99/month | Free | Free | free | No |
| 866, 877, or 888 Number | Free | free | $39.99/month | N/A | Free | free | Free |
| Additional Extension | $2.99/month | free | N/A | N/A | $5/month | $5/month | $10/month |

**Sign Up Now!**

Founded in 1852
by Sidney Davy Miller

# MILLER CANFIELD

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

KRISTEN ISAACSON SPANO
TEL: (313) 496-7562
FAX: (313) 496-8454
E-MAIL: spano@millercanfield.com

150 West Jefferson, Suite 2500
Detroit, Michigan 48226
TEL: (313) 963-6420
FAX: (313) 496-7500
www.millercanfield.com

MICHIGAN: Ann Arbor
Detroit • Grand Rapids
Howell • Kalamazoo
Lansing • Monroe
Saginaw • Troy

New York, NY
Pensacola, FL
Washington, DC

CANADA: Windsor, ON
POLAND: Gdynia
Warsaw • Wroclaw

August 28, 2008

**VIA FAX (512-722-7721)**
**EMAIL (admin@zilkerventures.com)**
**and FIRST CLASS MAIL**

W. Gaines Kilpatrick, CEO
Zilker Ventures, LLC
401 Congress Ave., Suite 1540
Austin, Texas 78701

Dear Mr. Kilpatrick:

We are counsel for j2 Global Communications, Inc. ("j2") and are writing to demand that you immediately cease and desist your improper use of j2's trademarks and those of its affiliates.

The eFax® and Onebox® Marks

The marks eFax® and Onebox® are service marks of j2 and its affilate, Call Science, Inc., registered in the U.S. Patent and Trademark Office, Reg. Nos. 1,786,350 and 2,836,857. j2 and its affiliate also have several other eFax® and Onebox® marks registered in the U.S. Patent and Trademark Office. See Reg. Nos. 2,682,802; 2,644,821; 2,541,937; 2,530,979; 2,530,978; and 3,479,654.

j2 has, through its predecessor in interest, been using the mark eFax® in commerce since as early as 1989 to identify its goods and services related to the electronic receipt and transmission of facsimiles. j2 and its affiliate have been using the mark Onebox® in commerce since at least as early as 2003 to identify its goods and services relating to telecommunications services, namely, the transmission of voice, data, images, video and messages over the Internet. j2 and its affiliate have established ownership in a broad family of eFax® and Onebox® marks, and have acquired the legal right to the exclusive use of the eFax® and Onebox® marks in the promotion and sale of such goods and services. Our client is also the named registrant of www.efax.com and www.onebox.com.

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

-2-                                                     August 28, 2008

<u>Zilker Venture, LLC's Improper and Infringing Use of j2's Marks and those of its
Affiliates</u>

It has come to our attention that Zilker Ventures, LLC ("Zilker") is using the mark
eFax® on its websites www.zilkerventures.com and www.faxcompare.com, and in
various press releases without properly recognizing the mark as a registered service mark
of j2.  *See* Exhibit A.  Contrary to your claims in your letter dated April 14, 2008 to
Sabah Coles of j2, eFax® is not "widely used to describe a bundled messaging service
combining facsimile and email," and "the general population" does not "commonly
use[]" eFax® "generically to describe electronic facsimile."  *See* Exhibit B.  Rather, the
general public, including your company, uses eFax® to identify j2's internet fax services.
In fact, your company has recognized eFax® as "the industry's most well known vendor"
of internet fax services.  *See* Exhibit C.  The mark eFax® may only be properly used only
to identify j2's products and services.

j2 has learned that Zilker is infringing j2's trademarks by bidding on search engine
sponsored link keywords containing j2 or affiliate-company trademarks, including but not
limited to "eFax", "e Fax", "eVoice", "Onebox".  We demand that you immediately
cease and desist such use of these marks or any derivation thereof.

Zilker's improper use of j2's marks is likely to cause confusion in the minds of
consumers as to the source or origin of the products and services it offers.  At the very
least, visitors to its sites are likely to believe that its use of "eFax" and "Onebox" is
approved by, affiliated with or sponsored by j2.

Please confirm by contacting me within five (5) days from the date of this letter,
that Zilker will only use the eFax® and Onebox® trademark to refer to j2's eFax® or
Onebox® products and services and not those of any others, and that you will not use
eFax® in a generic manner to describe internet faxes or internet faxing services.  Please
also confirm within this timeframe that Zilker has ceased bidding on search engine
keywords containing any of j2's trademarks or those of its affiliates.

<u>faxcompare.com and pbxcompare.com</u>

In addition, we have significant concerns that Zilker is misleading consumers and
other through the results it publishes on faxcompare.com and pbxcompare.com.  While
these sites claim to be a "quality unbiased resource" of the "top providers of internet fax
services" and "top providers of hosted pbx systems," until very recently, faxcompare.com

EXHIBIT K PAGE 80

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

-3-                                    August 28, 2008

did not even include eFax®, "the industry's most well known vendor," on its comparison page. *See* Exhibit C. And neither Onbox® nor eVoice Receptionist® appear in any of the tabs for "Most Affordable", "Most Popular" or "Corporate Systems" on pbxcompare.com, even though these are two of the top brands in the space. *See* Exhibit D. Zilker has also selectively decided to review only the most expensive offering of Onebox. *Id.* In response to j2's inquiry regarding the omission relating to eFax®, you proposed a compensation package pursuant to which Zilker would agree to place eFax® and j2's other brands on the faxcompare.com comparison page in exchange for j2's payment of "lead bounties" and "sales bonuses." *See* Exhibit B. We can only assume that the same deal would be available with respect to the pbxcompare.com website.

Your proposal that j2 provide you with compensation in order to be included on what purports to be an "unbiased resource" raises the questions of whether you are being compensated by others without disclosure of that fact, whether faxcompare.com and pbxcompare.com are in fact "unbiased" comparison sites, and whether Zilker and the companies that are compensating Zilker are misleading potential customers and engaging in false advertising. So that we may evaluate these issues, please advise whether any other internet fax vendors or outsourced pbx vendors have, or currently are, compensating Zilker in the manner you proposed in you April 14, 2008 letter or otherwise, and if so, provide us with sufficient details concerning such arrangements.

If Zilker fails or refuses to take the actions demanded above or disclose the information requested above, j2 will take appropriate legal action. Obviously, we hope that this will not be necessary.

Your prompt attention to this matter is appreciated. In the meantime, if you have any questions, please feel free to contact me.

Very truly yours,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: _____
Kristen Isaacson Spano

cc:   A. Michael Palizzi, Esq.
      Jeffrey Adelman, j2 Vice President and General Counsel

EXHIBIT K PAGE 81

# EXHIBIT A

EXHIBIT __K__ PAGE __82__



Zilker Ventures, LLC

## CURRENT PROJECTS

### FaxCompare

FaxCompare.com was created to consolidate and organize information about the top providers of internet fax services (efax) so that business consumers can make an apples to apples comparison of the different service providers and select the one that best fits their needs. Having subscribed to a digital fax service ourselves, we found the research process extremely tedious. Most of the providers offer similar services, but the pricing options vary widely as well as the quality and flexibility of the service. In addition, many of the providers do not list all the pertinent information on their websites, especially the hidden fees. By using FaxCompare.com, business consumers will be able to quickly understand the features most important to them, compare the top vendors, and sign up for the service. The information on our site is free to the consumer; the vendors pay us based on the number of referrals we generate.

### Tax-Compare

Tax-Compare.com provides information about the various tax software providers in the same format as FaxCompare.com. This is a very seasonal category, so this site was launched in early February. By the end of tax season, we generated enough data about the performance of the website on various keywords to have the site fully optimized on the right keywords for the 2009 tax season. Once optimized, we expect this site to generate large profits from January to April each year.

### Email Marketing Software Comparison

Email-Marketing-Options.com was created to provide information on email marketing software providers similar in nature to that found on its sister sites FaxCompare and Tax-Compare. Because the email marketing tools are more complex than internet fax services and tax software products, we have also created a buyer's guide, expanded pricing chart, and product usage demo's.

### ChooseWhat

ChooseWhat.com is designed to provide business consumers with practical information about basic, but important business product categories (ie: phone systems) and specific comparisons of the vendors. These customers will be able to rapidly familiarize themselves with the important attributes of the category, view a complete list of vendors, and compare the ones that seem to best meet their needs. Over time, the site will be maintained, so that all the information is current, complete, and robust. Business consumers who use this site will save time and make better purchasing decisions, and vendors who receive business from this site will receive better qualified leads and have a fair portal through which they can market their competitive advantages.

Zilker Ventures, LLC- Affiliate Marketing, Domaining, and E-business News
blog.zilkerventures.com

## • Zilker Ventures

- o Zilker Ventures
- o The Founders
- o Zilker Blog
- o Current Projects
- o Careers
- o Efax
- o Contact Us
- •

## • Subscribe

Subscribe

- •

## • Category Archives

- o Affiliate Marketing Resources (3)
- o Domaining (2)
- o Google (1)
- o Internet and Technology News (12)
- o Online Advertising (2)
- o social networking (2)

## • Recent Entries

1. Time Warner Jacks up Broadband Prices for East Texas Porn Junkies
   Thursday, February 07, 2008
2. Google v. at&t in a battle for a $10 billion wireless network
   Thursday, February 07, 2008
3. The Races tend to form Cliques on social networks.
   Thursday, February 07, 2008
4. Let Your MySpace Profile reflect your Bloging Prowess
   Thursday, February 07, 2008
5. Digital Music Taking Over
   Thursday, February 07, 2008
6. Buy the Old West on E-Bay
   Thursday, February 07, 2008
7. Spybot Zaps CJ Sales
   Wednesday, November 28, 2007
8. Google offers big rewards for innovations to "Android" mobile operating system
   Wednesday, November 28, 2007
9. 80% of US Adults Online
   Monday, November 12, 2007
10. Online Ad Spends Expected to Triple by 2010

EXHIBIT __K__   84

# FaxCompare.com

applications   about   FAQ   contact

## An "apples to apples" comparison of the top providers of internet fax services.

FaxCompare.com was created to consolidate and organize information about the top providers of internet fax services so that you can make an "apples to apples" comparison of the different service providers and select the one that best fits your needs

| Services | MyFax | RingCentral | TrustFax | RapidFax | GoFaxer | MaxEmail | eFax |
|---|---|---|---|---|---|---|---|
| | sign up now | sign up now | sign up now | sign up now | sign up now | sign up now | sign up now |
| Reviewed Plan | Best Value | Fax 300 | Pro Local | Individual | Home | Plus | eFax Plus |
| Monthly Fees | $10.00 | $9.99 | $9.95 | $9.95 | $9.95 | $9.95 | $16.95 |
| Hidden Fees | No | No | No, but | No | No | Reduced | Yes |
| Start Up Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $10.00 |
| Free Trial Period | 30 Days | 30 Days | 30 Days | 30 Days | 30 Days | 30 Days | No |
| Free Incoming Pages | 200 | 300 Total | 400 | 300 | 400 | 300 | 130 |
| Free Outgoing Pages | 100 | Combined | 125 | Combined | Combined | 100 | 30 |
| Users in Plan | 5 | 5 | 10 | 2 | Unlimited | 25 | 5 |
| Online Fax Storage | 1 Year | 30 Days | Unlimited | 30 Days | Unlimited | 30 Days | 1 Year |
| Customer Support | 24/7 | 24/7 | M-F 9-5(EST) | M-F-8-5 (PST) | M-F 8-8 (EST) | No | 24/7 |
| Premium Upgrades | Yes | Not Available | Yes | Yes | Yes | Yes | Yes |
| Corporate Packages | Yes | Yes | Yes | Yes | No | Yes | Yes |
| Send Faxes by email | Yes | Yes | Yes | Yes | Yes & No | Yes | Yes |
| Incoming Overage Pages | $0.10 | $0.06 | $0.10 | $0.06 | $0.05 | $0.05 | $0.15 |
| Outgoing Overage Pages | $0.10 | $0.06 | $0.10 | $0.06 | $0.05 | $0.05 | $0.10 |

**Start Faxing Now!** ➤

### What is an internet fax?

Internet Fax (also known as e fax, email fax, online fax, and digital fax) utilizes an internet fax service provider to convert a facsimile transmission into a digital file that can be received via email and vice versa. Internet fax services bridge the gap between the older fax technology, which is well established in today's business environment, and email transmission of documents. In the simplest terms, when you sign up with an internet fax service, you will be assigned a dedicated fax phone number that will convert incoming faxes to email attachments that are automatically sent to your email address. The majority of these services also allow you to send attachments (like Word documents, PDFs, or pictures) to physical fax numbers that are received just as if you had sent them using a standard fax machine. Most internet fax services will send you your documents in a number of different file formats, such as TIF or PDF files.

## Sidebar

- What is an internet fax?
- How do I choose?

### Vendor Reviews

- MyFax
- RingCentral
- TrustFax
- RapidFAX
- GoFaxer
- MaxEmail
- eFax
- Fax.com
- Fax2Mail
- Faxfreedom
- Send2Fax
- ClickFax.com
- AirComUSA.com
- GreenFax.com
- SmartFax.com
- ExtremeFax.com
- OneFax
- Iconnect.com
- Packetel
- 101Fax
- Callwave
- Simplifyfax
- MetroFax
- FaxAge

EXHIBIT   K   PAGE   85



**FaxGal**

### Newsletter Signup

Enter your email address below to receive updates on newly reviewed product categories.

[ submit ]

### Featured Product

**A Complete Phone and Fax Service**

Interested in a solution that manages your phone and fax needs? Simplify your communications with RingCentral Online and get a central location for all your fax, email and voicemail accounts. Toll free numbers are included at no additional cost.

[ Learn More ]

## Why use an internet fax service?

**Lower Cost:** Typically, the monthly fee you pay eliminates the need to pay for the cost of a dedicated phone line and you have no long distance charges. In addition, you don't have to run a fax machine which also means you don't have to buy paper or toner. Even if you decide to print your faxes, you can still delete junk faxes or other documents you do not need to keep, which will reduce consumption of materials.

**More efficient use of time:** Many carriers allow you to set up multiple receive emails, so your faxes are automatically delivered to whomever you choose. Because you are receiving faxes via email, you will also receive them on email enabled PDA's. You can then review faxes and take action.

**More reliable:** You will no longer have to deal with the limitation of your phone line or fax machines. This means no busy signals, no running out of paper, no paper jams, etc.

**Environmentally Responsible:** Reducing consumption not only reduces costs, it's the responsible thing to do for the environment. Printing every junk fax, or bad transmission creates trash and costs money.

**Security:** Most internet fax services support high level encryption technology. Furthermore, you can designate which email addresses faxes are sent to, which is significantly more secure than having sensitive documents sit in a shared fax machine.

## What to look for in an internet fax service:

**Market Standard:** After reviewing plans with all the internet fax service providers on our list, FaxCompare.com came up with what we consider to be 'market standard'. Some providers have better pricing and some fall short. However, this is a pretty good yard stick with which to measure everyone.

- 30 day free trial
- No start up fee.
- $9.95 per month
- 300 total pages (incoming and outgoing combined).
- $0.10 per minute for overage pages.
- No Hidden Fees
- 24/7 Customer Service
- Send/Receive capabilities.

We do not recommend selecting an internet fax service based on brand name recognition. There are many reliable internet fax services with good customer service that are priced within FaxCompare.com's 'market standard' criteria. Some well known carriers are charging what appears to be a 70% premium for brand recognition.

**Pages v. Minutes:** Some providers quote rates in minutes and other in pages. Those that quote rates in pages are assuming that it takes 1 minute or less to transmit 1 page. However, they all state that the actual time to transmit a page may vary.

## Why use FaxCompare.com?

FaxCompare.com was created as a result of our own frustration in choosing an internet fax service. We have spent over 30 man hours researching all the different internet fax services and organizing the data so you can make an "apples to apples" comparison of the different services and select a provider so you can get back to business. We are committed to providing a quality, unbiased resource to individuals and small business owners that will save time and alleviate the frustration we went through in selecting an internet fax service provider for ourselves.





xeal

Production | Reporting | Promotion | Home | Announcing | Specials | Client

1-866-XEAL-WEB

Powered by Results
XEAL PRECISION MARKETING

Our history, our mission, our business.

## Business & Technology Articles

### Zilker Ventures, LLC: Going Green with Internet Fax: A Convenient Truth

(PRLEAP.COM) Austin, Texas June 18, 2008 – On June 5th, the globe celebrated World Environment Day, an event heralded by the United Nations Environment Program (UNEP), and celebrated by more than 100 countries. And in honor of the occasion, Austin-based company Zilker Ventures pledged to UNEP that they would switch as many offices as possible from traditional fax machines to Internet faxing in 2008.

"People are sometimes reluctant to switch over to E faxing from fax machines simply because they don't have the necessary information about Internet fax services—that's what we try to provide," says Gaines Kilpatrick, CEO of Zilker Ventures and co-creator of FaxCompare.com, a comparison and review website for online fax services.

But leaving the fax machine behind is a process. Whoever said that fax machines aren't really dead may have been right. In the wake of new internet fax services, such as eFax, MyFax and Ring Central, reports have surfaced of fax machines tucked into dusty office corners, hidden from sight, but still running and often used by businesses professionals who have not yet seen the light.

## FREE WEB SITE DESIGN MAKEOVER!

If you are looking to *increase leads, sales and establish credibility*, then a professionally designed **custom** web site design may be exactly what you need. **Xeal is giving away over $30,000** worth of SmartExpress Web Site Designs, with a drawing for a new winner every month. <u>Click here to enter!</u>



## Sign Up Today!

Find out how you can take advantage for FREE Internet Marketing tips from the experts at *Xeal Precision Marketing*.

| name |
| email |

subscribe

## Advanced Marketing

**Talk to the experts!**
Marketing got you stumped? Have a question you just can't find the answer to? Fill out our contact form to be contacted by one of our marketing experts within 1 business day.

**Maximize your investment**
Does your website measure up? Take our quick 25-point test.

**Get an inside scoop**
Check out these resources available from the experts at Xeal, or sign up for a free website evaluation on Xeal's Weekly webinar.

Experts call them "vampire loads"—energy-sucking devices that still consume wattage while lying dormant or idle—the most notorious of which is the fax machine that needs to be kept running in case it receives a fax.

According to DJ MacIntyre, President of renewable energy advocate Le Boisé Alternatives: "If you run a fax machine 24/7, you create 80 Kg of greenhouse gas per year in our area. That's a lot considering how infrequently it's actually used."

\* Fax online. Save a tree.

In addition to consuming energy, fax machines also use paper, which is too often wasted on unnecessary cover pages, fax reports and faulty fax transmissions. Internet fax industry leader j2 recognizes this fact, reporting that "[if] 1% of all paper faxes sent in America each year were sent electronically, 73.5 million trees would be saved."

While paper waste has indeed proliferated post-personal printers, studies are now showing a decline the post-Inconvenient Truth generation is simply becoming more serious about going green. Perhaps people are also more quickly embracing electronic copies, which can be saved on a computer or PDA and do not have to be printed.

This mobile aspect of email and electronic documents is appearing more and more desirable and environmentally responsible to consumers. People are also becoming more comfortable with Email fax or E-fax services, especially since the majority of email servers and Internet fax sites provide secure archives of stored information that can be accessed "anywhere one can access the Internet."

The truth is that the world is moving much faster than the naysayers would have people believe. Network connections are becoming more secure. Consumers are buying iPhones and Blackberries. Carrying hundreds of electronic pages in their pockets. And we are supposed to believe that using a paper-jammed, whirring, buzzing energy-sucker is faster, more reliable and more convenient than the alternatives?

"[A] lot of people are surprised to see how easy it is once they get going," says Steve Adams, Vice President of Marketing for Protus, owner of MyFax.

As MyFax says, 'Fax online. Save a tree.' It doesn't get any simpler

For additional information regarding online fax services, visit [illegible]

Zilker Ventures, LLC is a web publisher that consolidates information and reviews various business and financial products

Contact

Jennifer Silva
Zilker Ventures, LLC
jen@zilkerventures.com
(512) 448-9031
Contact Information

[illegible list of links]

[Archive Listings]

Bookmark: [illegible]



## RESULTS RADIO SHOW
Achieving Results in Business and Beyond

Broadcast Live on 1170 KFAQ AM
Sundays at Noon
Podcasting Globally via iTunes and more at:
www.ResultsRadioShow.com

"Xeal Precision Marketing has Mastered the Equation: in Search Engine Optimization of Press Releases" David McInnis, Founder and CEO of PRWEB

©1996-2008 Xeal™, Inc all rights reserved 1722 S. Carson Ave. Ste 2201 - Tulsa, OK 74119
Corporate Office 918-491-4721 - Fax 918-491-4756

EXHIBIT __K__ PAGE __89__

# EXHIBIT B

EXHIBIT  K  PAGE  90

### Zilker Ventures, LLC
401 Congress Ave, Suite 1540
Austin, Texas 78701
Phone: (512) 448-9031
Fax: (512) 682-9096

April 14, 2008

Mrs. Sabah Coles
J2 Global Communications, Inc.

Re:  FaxCompare.com

Dear Sabah,

Thank you for taking the time to speak with us last week.  After some reflection and internal discussions, I would like to respond to your comments in two parts.  First I will address your trademark claim, and second I will propose a mutually beneficial compromise that should alleviate some of your concerns and provide you with a substantial value proposition.

You requested in our call that we stop using the term "efax" to refer generically to the act of converting a facsimile transmission into an image file which is then delivered via email or visa versa.  The fair use of any term in a descriptive manner does not infringe upon your client's trademark rights.  At no point have we attempted to misrepresent your client's trademark for purposes of creating confusion in the market place.  Our use of the term "efax" has been used in a descriptive manner as it is widely used to describe a bundled messaging service combining facsimile and email.

In addition, we have collected substantial data regarding the search terms used to find our site.  The volume of searches for terms such as "compare efax services" and the like clearly indicate that the general population commonly uses the term "efax" generically to describe electronic facsimile rather than the J2 Global Communications brand "eFax".

Having stated our belief and position, we are willing to make concessions in a good faith effort to create a mutually beneficial marketing agreement.

| Use of the word "efax": | We will agree to only use the term "efax" when referencing the J2 Global Communications' "eFax" brand.  This will include all content on FaxCompare.com as well as the keyword meta tag. |
| --- | --- |

FaxCompare.com                                                4/14/2008

Brand Positioning:          We have reviewed over 20 brands on FaxCompare.com.
                            However, there are only seven spots on the homepage and
                            the vast majority of the lead generation is channeled to
                            those seven vendors.    We will agree to place three J2
                            Global Communications brands on our home page, one of
                            which must be eFax.   The other two can be chosen by J2
                            Global Communications.    However, these brands must
                            offer comparable feature sets to the other products in our
                            survey.

Lead Bounties:              Zilker Ventures, LLC shall be paid $20 per free trial sign
                            up referred from FaxCompare.com to any J2 Global
                            Communications fax brand. This rate is consistent with our
                            other top performers.

Sales Bonuses:              Zilker Ventures, LLC shall be paid $40 for each free trial
                            sign up that becomes a paying customer. This rate is also
                            consistent with our other top performers.

Paid Search Marketing:      In a good faith effort not to increase paid search marketing
                            costs for J2 Global Communications, we will agree not to
                            outbid J2 Global Communications on the brand name
                            keywords in question, as long as doing so will allow
                            FaxCompare.com to achieve placement in the sponsored
                            links section of the search results of spot six or higher.

We believe this proposal should address any concerns that J2 Global Communications
might have with FaxCompare.com as well as create a substantial lead generation portal
for your brands.  Please let us know if you are interested in pursuing an arrangement
consistent with these terms and we will produce a formal document.

Thank you for your consideration.  We look forward to working with you.

Sincerely,

Zilker Ventures, LLC
DBA/ FaxCompare.com

Gaines Kilpatrick, CEO

Page 2 of 2

EXHIBIT __K__ PAGE 92

# EXHIBIT C

EXHIBIT __K__ PAGE **93**

**An "apples to apples" comparison of the top providers of internet fax services.**

FaxCompare.com was created to consolidate and organize information about the top providers of internet fax services so that you can make an "apples to apples" comparison of the different service providers and select the one that best fits your needs.

What is an internet fax?

How do I choose?

Home

**Vendor Reviews**

MyFax

RingCentral

TrustFax

RapidFAX

GoFaxer

Maxtmail

eFax

Fax.com

Fax2Mail

FaxFreedom

Send2Fax

ClickFax.com

AirComUSA.com

GreenFax.com

SmartFax.com

ExtremeFax.com

Onefax

jconnect.com

Packetel

101Fax

Callwave

SimplifyFax

MetroFax

FaxAge

FaxSav

## News

## Put the Bat Away: Fax Machines are Dead and the Internet Killed Them
### Apr. 4, 2008

*Zilker Ventures' newest website, FaxCompare.com, reviews and compiles relevant details about the top internet fax services currently on the market.*

**Austin, Texas (PRWEB) April 4, 2008** - The day a new fax machine arrives at the office is the last day that it's top of line. It's also the last day that it's full of toner and paper until more money is expended to maintain it. It's all downhill from there: a paper-jammed, humming, beeping, migraine-inducing ride downhill. But thanks to the advent of online services such as online fax services that can replace costly office equipment, the small business owner can actually take a bat to his fax machine with a clear conscience. As the importance of email grows and the business community insists on holding on to fax machines, bridge technologies like internet fax services are becoming more and more common-a fact that FaxCompare.com strives to highlight.

There are currently dozens of service providers in this industry ranging from five-employee shops to Fortune 500 companies. Some of these service providers include MyFax, RingCentral and TrustFax. J2 Global Communications is a Fortune 500 company that controls several internet fax service brands, such as Rapid Fax and Fax.com, but their most well known brand is eFax. Faced with a wide range of service options, fax senders may find the process of selecting a provider to be an added stress to their business.

The current word of unbiased information regarding internet fax services compelled Zilker Ventures, LLC to create FaxCompare.com. After substantial unfruitful research, Leo Welder, founder and COO of Zilker Ventures, LLC, signed up for an online fax service that he later had to cancel because it was missing some features that were crucial for Zilker Ventures, LLC. This experience convinced Leo that the online fax service industry was a perfect space for an unbiased review site.

Further verifying the need for unbiased information and reviews was the discovery that eFax, the industry's most well known vendor, charges 70% more than the 'Market Standard' and includes fewer pages than their top competitors.

'Market Standard' for an online fax service according to FaxCompare.com is $10 per month for 300 pages with no start up fee, a 30 day free trial and overage pages for $0.10 per page or less. At those rates, six months of service fees will cost substantially less than most traditional fax machines.

In addition to its 'Market Standard, FaxCompare.com offers comprehensive e Fax reviews and other e Fax comparison information, including 'need to know' comparison data regarding e Fax service fees. As almost all of the marketing for these services is done on the internet, most of the information regarding online fax services is provided by the vendors themselves.

Internet faxing will certainly benefit businesses in the long run. And by learning more about this emerging business tool fax senders can maximize benefits and minimize cost. As founder Leo Welder puts it: "With great options like MyFax and RingCentral, unwitting consumers paying above market service fees is clearly the result of a lack of information. We hope to provide that information with FaxCompare.com."

**For additional information regarding online fax services, visit FaxCompare.com**

**Zilker Ventures, LLC is a web publisher that consolidates information and reviews various business and financial products.**

Newsletter Signup

Enter your email address below to receive updates on newly reviewed product categories.

[Submit]

**Contact:**

**Jennifer Silva**
**Zilker Ventures, LLC**
**pr@zilkerventures.com**
**(512) 448-9031**

A Complete Phone and Fax Service

Interested in a service that manages your phone and fax needs? Simplify your communications with RingCentral Online and get a central location for all your fax, email and voicemail accounts. Toll free numbers are included at no additional cost.

# EXHIBIT D

EXHIBIT K PAGE 95

## An "apples to apples" comparison of the top providers of hosted PBX systems.

Hosted PBX Comparison was created to consolidate and organize information about the top providers of PBX software services so that you can make an "apples to apples" comparison of the different service providers and select the one that best fits your needs.

**How Many Minutes?**

**What To Look For**

**Feature Breakdown**

**What To Check For First**

**Why Use A PBX Service?**

**Why PBXCompare.com?**

|  | | Most Affordable | | | Most Popular | Corporate Systems | | |
|---|---|---|---|---|---|---|---|---|
| **Services** | RingCentral | Phone.com | My1Voice | GotVmail | Phone People | PowrFone | Virtual |
|  | sign up now | sign up now | sign up now | sign up now | sign up now | sign up now | sign up |
|  |  |  |  |  |  |  | SOHO |
| Reviewed Plan | Professional | Office 300 | Basic | Silver | Economy | Personal | sign up |
| Free Trial | 30 days | 30 days | 30 days | No, but... | 7 days, but... | No, but... | No |
| Monthly Fee | $9.99 | $9.88 | $10.00 | $9.95 | $9.99 | $9.95 | $9.9 |
| Activation Fee | None | None | None | $25 | None | $15.00 | $25 |
| Extensions | 5 | 10 | 1 | 5 | 5 | 100 | 3 |
| Included Minutes | 100 | 300 | 100 | 50 | 100 | 100 | 0 |
| Inbound Minutes Rate | 6.7 cents | 4.9 cents | 5 cents | 7.4 cents | 5.9 cents | 6.5 cents | 6.9 cen |
| Internet Fax | Yes | Yes, but | No | Yes | No, but... | $10/month | Yes |
| Conference Calls | Yes | No | No | Yes | Yes | Yes | Yes |
| Message Alerts | Yes | Yes | Yes | Yes | $3/month | Yes | Yes |
| Call Screening | Yes | No | Yes | Yes | Yes | Yes | Yes |
| Web Management | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| 800 Number | Free | $12.00 | Free | $15.00 | $29.00 | $10/month | Free |
| Local Number | Free | Free | Free | Free | No | Free | Free |
| 866, 877, or 888 Number | Free | Free | Free | Free | Free | $10/month | Free |
| Additional Extension | $2.99/month | $1.88/month | N/A | $5/month | N/A | $10/month | N/A |
|  | sign up now | sign up now | sign up now | sign up now | sign up now | sign up now | sign up |

**Sign Up Now!**

## How many included minutes do I need?

**When looking at the different plans available, try to purchase a plan that has enough minutes for the typical amount of**

EXHIBIT ___K___ PAGE __96__

|  | | Most Affordable | | Most Popular | | Corporate Systems | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Services | RingCentral | Phone.com | MyVoice | Halloo | PowerFone | Get Telecenter | Phone People |
|  | sign up now | sign up now | sign up now | sign up now | sign up now | sign up now | sign up now |
| Reviewed Plan | Business Plus | Office 500 | Essential | Office 500 | Plus | One Plan | Standard |
| Free Trial | 30 days | 30 days | 30 days | 7 days trial | No trial | 7 days | 7 days |
| Monthly Fee | $24.99 | $19.99 | $30.00 | $29.95 | $29.95 | $34.95 | $29.99 |
| Activation Fee | None | None | None | None | $15.00 | $15.00 | None |
| Extensions | 10 | 5 | 5 | 100 | 15 | 10 | 25 |
| Included Minutes | 500 | 400 | 1000 | 500 | 500 | Unlimited | 1000 |
| Inbound Minutes Rate | 5.9 cents | 4.9 cents | 5 cents | 5.5 cents | 6.5 cents | N/A | 3.9 cents |
| Internet Fax | Yes | Yes | No | No | $10/month | No | No |
| Conference Calls | Yes | Yes | Yes | Yes | $5/month | Yes | Yes |
| Message Alerts | Yes | No | Yes | Yes | Yes | Yes | Yes |
| Call Screening | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Web Management | Yes | $12.00 | Free | Free | Free | $35.00 | $29.00 |
| 800 Number | Free | Free | Free | Free | Free | No | No |
| Local Number | Free | Free | Free | Free | Free | Free | Free |
| 866, 877, or 888 Number | Free | Free | Free | Free | Free | Free | Free |
| Additional Extension | $2.99/month | $1.99/month | $5.00/month | N/A | $10/month | $10/month | N/A |
|  | sign up now | sign up now | sign up now | sign up now | sign up now | sign up now | sign up now |

Sign Up Now!

EXHIBIT __K__ PAGE 97

| | | | Most Affordable | Most Popular | | Corporate Systems | |
| | RingCentral | Phone.com | Vocalocity | Halloo | MyVoice | GotVmail | Get Telecenter |
|---|---|---|---|---|---|---|---|
| **Services** | sign up now | sign up now | sign up now | sign up now | sign up now | sign up now | sign up now |
| Reviewed Plan | Bus. Premium | Office 2500 | Unlimited | Office #1 2500 | Premium | | One Plan |
| Free Trial | 30 days | 30 days | No | 7 days... | No | | 7 days |
| Monthly Fee | $99.99 | $49.99 | $39.99 | $99.95 | $50.00 | $49.95 | $34.95 |
| Activation Fee | None | None | $100.00 | None | None | None | $15.00 |
| Extensions | 100 | 30 | Unlimited | 100 | 15 | 30 | 10 |
| Included Minutes | 2500 | 2500 | Unlimited | 2500 | 1500 | 2500 | Unlimited |
| Inbound Minutes Rate | 3.9 cents | 3.9 cents | N/A | 3.9 cents | 5 cents | 3.9 cents | N/A |
| Internet Fax | Yes | Yes | $14.99/month | $4.99/month | No | Yes | Yes |
| Conference Calls | Yes | Yes | Yes | Yes | No | Yes | No |
| Message Alerts | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Call Screening | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Web Management | Yes | Yes | $39.99/month | Yes | Yes | Yes | Yes |
| 800 Number | Free | $5.00 | $9.99/month | Free | Free | $5.00 | $25.00 |
| Local Number | Free | Free | $39.99/month | Free | Free | Free | No |
| 866, 877, or 888 Number | Free | Free | N/A | N/A | Free | Free | Free |
| Additional Extension | $2.99/month | $2.99/month | N/A | N/A | $5/month | $5/month | $10/month |

**Sign Up Now!**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

## CV08- 7470 SJO (AJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X]  Western Division** | **[ ]  Southern Division** | **[ ]  Eastern Division** |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC., A DELAWARE CORPORATION, et al., <br><br> PLAINTIFF(S). <br><br> v. <br><br> ZILKER VENTURES, LLC, A TEXAS LIMITED LIABILITY COMPANY, *FAX CHOSENHAT. COM, LLC, A TEXAS LIMITED LIABILITY COMPANY,* <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV08-07470 SJO AJWx <br><br><br> **SUMMONS** |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within ___20___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _Robert A. Sacks_____, whose address is _Sullivan & Cromwell, LLP, 1888 Century Park East, Los Angeles, CA 90067-1725_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  NOV 1 2 2008

By: _____
         Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

COPY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC., A Delaware Corporation, and CALL SCIENCES, INC., A Delaware Corporation | ZILKER VENTURES, LLC, A Texas Limited Liability Company and CHOOSEWHAT.COM, LLC, A Texas Limited Liability Company |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Robert A. Sacks, Esq., SULLIVAN & CROMWELL, LLP 1888 Century Park East, Los Angeles, CA 90067 (310) 712-6600 (Tel); (310) 712-8800 (fax) | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ MONEY DEMANDED IN COMPLAINT: $ To be determined.

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. Section 1051, et seq. Trademark Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 442 Employment | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 443 Housing/Acco- mmodations | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**   Case Number: **CV08-07470**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                                  ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                                  ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                                  ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| j2 Global Communications, Inc.: Los Angeles County | Call Sciences, Inc.: Illinois |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Zilker Ventures, LLC: Texas<br>ChooseWhat.com, LLC: Texas |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| All claims: Los Angeles County |  |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date November 12, 2008

    **Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |