1
2
3
4
5
6

Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.:  (310) 712-6600
Fax:  (310) 712-8800

COPY

7
8
9
10
11
12

Richard A. Gaffin (*Pro Hac Vice* To Be Sought)
gaffin@millercanfield.com
A. Michael Palizzi  (*Pro Hac Vice* To Be Sought)
palizzi@millercanfield.com
Kristen I. Spano (*Pro Hac Vice* To Be Sought)
spano@millercanfield.com
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, MI 48226
Tel.:  (313) 963-6420
Fax:  (408) 496-7500

13
14

*Attorneys for Plaintiffs j2 Global
Communications, Inc., and Call
Sciences, Inc.*

15

16  **UNITED STATES DISTRICT COURT**

17  **CENTRAL DISTRICT OF CALIFORNIA**

18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC., A DELAWARE CORPORATION AND CALL SCIENCES,  INC., A DELAWARE CORPORATION, <br><br> Plaintiffs <br><br> v. <br><br> ZILKER VENTURES, LLC, A TEXAS LIMITED LIABILITY COMPANY AND CHOOSEWHAT.COM, LLC, A TEXAS LIMITED LIABILITY COMPANY, <br><br> Defendants. | Case No. <br> **CV08-07470 SJO   AJWx** <br><br> **RULE 7.1 CERTIFICATION AND NOTICE OF INTERESTED PARTIES OF PLAINTIFFS j2 GLOBAL COMMUNICATIONS, INC. AND CALL SCIENCES, INC.** |

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 7.1 and Loc. R. 7.1-1, the following certification is being made:

The undersigned, counsel of record for Plaintiffs j2 Global Communications, Inc. and Call Sciences, Inc. (together, "Plaintiffs"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal.

Plaintiffs have no knowledge of any party with a pecuniary interest in the outcome of this case, other than named parties to the lawsuit.

Dated: November 12, 2008                    Respectfully submitted,

_Robert A. Sacks (illegible)_

Robert A. Sacks (SBN 150146)
Brian R. England (SBN 211335)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
(310) 712-6600
(310) 712-8800 facsimile

Richard A. Gaffin (P31406)
A. Michael Palizzi (P47262)
Kristen I. Spano (P603670)
MILLER, CANFIELD, PADDOCK
  AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420
(408) 496-7500 facsimile

*Attorneys for Plaintiffs j2 Global Communications, Inc., and Call Sciences, Inc.*

1