Ronald G. Gabler, Esq. (SBN: 57061)
Arg1228@aol.com
Of Counsel for TRAVERSE LEGAL, PLC
16830 Ventura Boulevard, Suite 358
Encino, California 91436-1707
Tel:  (818) 783-2932
Fax:  (818) 783-3257

Enrico C. Schaefer  (*Pro Hac Vice*
Application Pending)
Enrico.schaefer@traverselegal.com
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, Michigan 49684
Tel.:  (231) 932-0411
Fax:  (231) 932-0636


*Attorneys for Defendants Zilker Ventures,
LLC and ChooseWhat.com, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC., a Delaware Corporation, AND CALL SCIENCES, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ZILKER VENTURES, LLC, a Texas Limited Liability Company, and CHOOSEWHAT.COM, LLC, a Texas Limited Liability Company, <br><br> Defendants. | Case No. 2:08-cv-07470-SJO AJW <br><br> **ANSWER TO PLAINTIFFS' COMPLAINT** |