Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.:  (310) 712-6600
Fax:  (310) 712-8800

*Attorneys for Plaintiffs*

Ronald G. Gabler (SBN 57061)
Of Counsel for TRAVERSE LEGAL, PLC
16830 Ventura Boulevard, Suite 358
Encino, California  91436-1707
Tel.:  (818) 783-2932
Fax:  (818) 783-3257

*Attorneys for Defendants*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC., a Delaware Corporation, and CALL SCIENCES, INC., a Delaware corporation,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>ZILKER VENTURES, LLC, a Texas limited liability company, and CHOOSEWHAT.COM, LLC,<br><br>Defendants/Counter-Plaintiffs. | Case No. 2:08-cv-07470-SJO AJW<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

# **ORDER**

GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:

This action, including the Complaint and the Cross-Complaint and all causes of action therein, is hereby is dismissed with prejudice pursuant to stipulation, under Federal Rule of Civil Procedure 41(a)(1). Each party will bear its own attorneys' fees and costs.

IT IS HEREBY ORDERED.

Dated:__11/13/09_____    *S. James Otero*

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
DISMISSING ACTION WITH PREJUDICE