ORIGINAL

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>CV08-07470 SJO AJWx | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| j2 Global Communications, Inc. and Call Sciences, Inc. | Zilker Ventures, LLC and Choosewhat.com, LLC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1,786,350 | 8/3/93 | EFAX.COM, INC.* |
| 2 | 2,682,802 | 2/4/03 | EFAX.COM, INC.* |
| 3 | 2,644,821 | 10/29/02 | EFAX.COM, INC.* |
| 4 | 2,541,937 | 2/19/02 | EFAX.COM, INC.* |
| 5 | See additional trademarks as Exhibit A attached. | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 11/13/09 order dismissing w/prejudice per stipulation |

| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>L Chai | DATE<br>11/13/09 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director (XX)
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

## EXHIBIT A

| 5.  2,530,979 | 1/15/02 | j2 Global Communications |
| 6.  2,530,978 | 1/15/02 | EFAX.COM, INC.* |
| 7.  2,836,857 | 4/27/04 | Call Sciences, Inc. |
| 8.  3,479,654 | 8/5/08 | Call Sciences, Inc. |
| 9.  2,728,333 | 6/17/03 | EFAX.COM, INC.* |

*EFAX.COM, INC. is a wholly owned subsidiary of j2 Global Communications, Inc.

DELIB:3032595.1\088888-02262